**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KIMBERLY RUSSELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-cv-02862** |
| | § | <u>**JURY**</u> |
| **STATE FARM LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| **Defendant.** | § | |

## APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| Exhibit # | Description | Appendix # |
|---|---|---|
| 1 | Life Insurance Application | 004-016 |
| 2 | Texas Department of Criminal Justice Record | 018-037 |
| 3 | Life Insurance claim form | 039-048 |
| 4 | 08/16/2022 letter from State Farm to Kimberly Russell | 050-052 |
| 5 | 08/30/2022 letter from State Farm to Kimberly Russell | 054-056 |
| 6 | 10/11/2022 letter from State Farm to Kimberly Russell | 058 |
| 7 | 12/02/2022 letter from State Farm to Kimberly Russell | 060 |
| 8 | 12/02/2022 handwritten note from Kimberly Russell to State Farm | 062 |
| 9 | 01/03/2023 letter from State Farm to Emma Barideaux | 064-065 |
| 10 | 02/14/2023 letter from State Farm to Emma Barideaux | 067-068 |
| 11 | 03/17/2023 letter from State Farm to Emma Barideaux | 070-071 |
| 12 | 05/22/2023 letter from State Farm to Kimberly Russell | 073 |
| 13 | 06/23/2023 letter from State Farm to Kimberly Russell | 075 |
| 14 | 10/16/2023 letter from State Farm to Kimberly Russell | 077 |

| 15 | Affidavit of Kevin Mann w/Policy and Application | 079-119 |
| 16 | Benefits Verification and Irrevocable Reassignment from Directors' Funding Source on behalf of Frazier Mitchell Funeral Service | 121-129 |
| 17 | Affidavit of Armando De Diego | 131 |
| 18 | This Court's Memorandum Opinion and Order entered March 6, 2025 | 133-136 |

# Exhibit 1



**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Application Individual Life Insurance

## 1 Select Application Type

- ◉ New policy
- ○ Change to an existing policy/added benefits
- ○ Term conversion with increase in amount
- ○ Universal Life increase
- ○ Select Term re-entry

Indicate the existing policy number(s)

## 2 Personal Information - Proposed Insured 1

| SMITH | DAVION | D |
|---|---|---|
| Last name | First name | Middle name |

6777 SOMMERALL DR APT 911
Address

| HOUSTON | TX | 77084-6995 |
|---|---|---|
| City | State | ZIP Code |

Sex: ◉ Male   ○ Female   Single
Marital status

Citizenship:   ◉ United States (including territories such as Puerto Rico and Guam)   ○ Canada   ○ Other

| 25 | 06/04/1996 | TX | 5 / 9 | 165 |
|---|---|---|---|---|
| Age | Date of birth (MM/DD/YYYY) | State of birth | Height (feet/inches) | Weight (lbs) |

| 38721102 | TX | 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 |
|---|---|---|
| Driver's license number | State | SSN/ITIN |

| Student | | |
|---|---|---|
| Occupation | Employer | |

Annual household income:   ○ 0 - $25,000   ◉ $25,001 - $50,000   ○ $50,001 - $100,000   ○ $100,001 or more

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?   ○ Yes   ○ No   *If yes, please describe your exact duties:*

**Doc type 01.01**

Apx. 004



---

**3** Personal Information - Proposed Insured 2/Additional Insured/Payor

Last name                          First name                          Middle name

Address

City                                                    State                    ZIP Code

Sex: ○ Male  ○ Female
_____
Marital status

If married, is Proposed Insured 2 married to Proposed Insured 1? (not applicable if Payor)      ○ Yes  ○ No

Citizenship:  ○ United States (including territories such as Puerto Rico and Guam)      ○ Canada      ○ Other

_____ / _____

Age        Date of birth (MM/DD/YYYY)        State of birth        Height (feet/inches)        Weight (lbs)

Driver's license number        State        SSN/ITIN

Occupation        Employer

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?      ○ Yes  ○ No      *If yes, please describe your exact duties:*

---

**4** Add Applicant/Owner Information

**APPLICANT/OWNER**

Complete this section if the Owner is not the Proposed Insured 1 named in Section 2.

RUSSELL                          KIMBERLY
Last name                          First name                          Middle name

6777 SOMMERALL DR APT 911
Address

HOUSTON                                        TX                    77084-6995
City                                            State                    ZIP Code

Citizenship:  ⦿ United States (including territories such as Puerto Rico and Guam)      ○ Canada      ○ Other

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                          06/18/1979                    MOTHER
SSN/ITIN/TIN                        Date of birth (MM/DD/YYYY)        Relationship to Proposed Insured 1

ICC18 1004522                    LF-4121-9372                    1006730 2003 144512 203 09-05-2018

Apx. 005



**SUCCESSOR OWNER**

Complete this section unless Applicant/Owner is a trust or corporation. A Successor Owner is recommended for juvenile applications.

| Last name | First name | Middle initial |
|---|---|---|

| SSN/ITIN/TIN | Date of birth (MM/DD/YYYY) |
|---|---|

### 15. Proposed Insured Under Age 16

**a.** Do you want Proposed Insured 1 to become Owner of policy at, and after, age 21?  ○ Yes  ○ No

**b.** Please indicate total amount of life insurance on:  Parent/Guardian 1 $ _____  ☐ Select if none

Parent/Guardian 2 $ _____  ☐ Select if none

### 16. Select Coverages and Policy Provisions

Complete appropriate section based on product selection.

◉ Term Life and Whole Life
○ Universal Life/Joint Universal Life/Survivorship Universal Life

**a.  Term Life and Whole Life**

i.  Policy and Amount
Basic Policy Type:

| | | |
|---|---|---|
| ○ Select Term-10 | ○ Return of Premium Term-20 | ○ 10 Pay Whole Life |
| ○ Select Term-20 | ○ Return of Premium Term-30 | ○ 15 Pay Whole Life |
| ◉ Select Term-30 | ○ Whole Life | ○ 20 Pay Whole Life |
| | | ○ Single Premium Whole Life |

$ _100,000_
Amount applied for

ii.  Riders/Benefits

Waiver of Premium (Proposed Insured 1 only):  ○ Yes  ◉ No

☐ Guaranteed Insurability Option:  $ _____

☒ Children's Term Rider:  _20_____  units
*CTR unit = $1,000, minimum is 5 units, maximum is 20 units*

☐ Payor (Please complete information for Proposed Insured 2)

| | | **Proposed Insured 1** | **Proposed Insured 2** |
|---|---|---|---|
| ☐ | Select Term-10 | $ _____ | $ _____ |
| ☐ | Select Term-20 | $ _____ | $ _____ |
| ☐ | Select Term-30 | $ _____ | $ _____ |

iii.  Premium Amount and Mode of Premium Payment

Amount of premium submitted with application:  $ _30.71_

Mode of premium payment:  _Special Monthly_

Apx. 006

**State Farm**®

iv. Dividend Options
Dividends are not guaranteed. *Please select a dividend option from the list provided. If the selected option is unavailable, the policy provisions will determine the option.*
◉ Accumulation   ○ Cash   ○ Paid-up Additions (not available on Term Life)   ○ Reduce Premium

v. Automatic Premium Loan (APL)
*Automatic Premium Loan (APL) is a policy provision, available for some policy types, that a policyowner may elect. If any premium remains unpaid at the end of the Policy's grace period, a loan against the cash value is automatically made to pay the unpaid premium.* Do you want the APL provision to apply, if available?   ○ Yes   ○ No

**7** **Designate Your Beneficiaries**

If additional beneficiary fields are needed, please include in Explanations, Section 17.

**a. Proposed Insured 1**

**Primary Beneficiary(ies)**
*If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:   ◉ Yes   ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☒ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY) (optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| Kimberly, Russell | | | Parent | | Equally |
| Jah'reem, K, Barideaux | | | Child | | Equally |
| | | | | | |

*\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization** (enter Beneficiary Allocation): _____ %
Name of organization: _____
Address, City, State,
ZIP Code *(optional)*: _____
Preferred phone number *(optional)*: _____

☐ **Estate** *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

ICC18 1004522                    LF-4121-9372                    1006730  2003  144512  203  09-05-2018

Apx. 007

**St. State Farm®**

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries,* allocate equally to all successor beneficiaries:  ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY) (optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**  *(enter Beneficiary Allocation):* _____ %

**b.  Proposed Insured 2**
**Primary Beneficiary(ies)**

*If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:  ○ Yes  ○ No
*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

Apx. 008

**State Farm**®

_____

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization**   *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate**   *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**   *(enter Beneficiary Allocation):* _____ %

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries,* allocate equally to all successor beneficiaries:   ◯ Yes  ◯ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Apx. 009

**State Farm®**

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate** *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

### 8 Children's Term Rider

Coverage does not begin until a child is 15 days old.

Do you have any children (including stepchildren or legally adopted children) under 18 years old?   ⦿ Yes ○ No

List children under age 18, if any.  For relationship to Proposed Insured (PI), please indicate Child, Stepchild or Legally Adopted Child.

| Name (First name, Middle initial, Last name) | Sex | Relationship to PI 1 | Relationship to PI 2 (Joint Universal Life only) | Date of birth (MM/DD/YYYY) | Amount of life insurance on child* |
|---|---|---|---|---|---|
| Jah'reem Barideaux | ⦿ Male ○ Female | CHILD | | 05/30/2017 | $ 20000 |
| | ○ Male ○ Female | | | | $ |
| | ○ Male ○ Female | | | | $ |
| | ○ Male ○ Female | | | | $ |

*Excludes the amount being applied for and group insurance.*

*If additional space is needed for children's names, please include in Explanations, Section 17.*

### 9 Children's Term Rider/Juvenile Medical Information

**a.** In the last **10 years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8, been diagnosed, treated or given advice by a member of the medical profession for any of the following? *(select all that apply)*

☐ Anemia          ☐ Cancer          ☐ Impairment of sight, hearing or speech          ☐ Leukemia

☐ Asthma          ☐ Diabetes          ☐ Mental Disorder

☐ Birth Defect          ☐ Heart Murmur          ☐ Kidney Disease          ☐ Seizure

☒ **None of the above**

*If any are selected, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**b.** Has Proposed Insured 1, or any children named in Children's Term Rider Section 8, ever tested positive for or been diagnosed by a member of the medical profession with:

- Human Immunodeficiency Virus (HIV)          ○ Yes ⦿ No
- Acquired Immune Deficiency Syndrome (AIDS)          ○ Yes ⦿ No

*If any are selected "yes," please provide a detailed explanation in the space provided in Explanations, Section 17.*

ICC18 1004522          LF-4121-9372          1006730  2003  144512  203  09-05-2018

Apx. 010



**c.** In the last **three (3) years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8, seen a member of the medical profession for any reason not previously explained (excluding routine physical examinations with normal findings)?  ○ Yes ● No

*If yes, please provide a detailed explanation in the space provided in Explanations, Section 17.*

## 10 Other - Life Insurance or Annuities

**In Force Coverage**
*These questions should be completed by Proposed Insured(s).*

**a.** What is the total amount of life insurance in force from all companies (excluding group insurance)?

Proposed Insured 1 $ 0 - 250,000            Proposed Insured 2 $ _____

**Replacement of Life Insurance or Annuities**
*If Proposed Insured 1 will not be the Owner, these questions should be completed by the Applicant/Owner.*

**b.** Do you own any life insurance or annuities on yourself or others?  ● Yes ○ No

- If yes, is the policy being applied for a replacement of any of those policies:
  - Are you considering discontinuing making premium payments, surrendering, forfeiting, assigning to the insurer, or otherwise terminating your existing policy or contract?  ○ Yes ○ No
  - Are you considering using funds from your existing policies or contracts to pay premiums due on the new policy or contract?  ○ Yes ● No

**Other Transactions**
*All states except OH: These questions should be completed by the Applicant/Owner when Proposed Insured(s) is age 50 or over, and face amount of policy is $500,000 or greater.*

*OH: These questions should be completed by the Applicant/Owner when the Proposed Insured is age 16 or older. If you answer "yes" to any of these questions, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**c.** Have you entered into, or are you considering plans to enter into, any agreement to sell, transfer, or assign any ownership or rights to this policy or its benefits?  ○ Yes ○ No

**d.** Have you received or do you anticipate receiving any type of inducement, fee, or compensation as an incentive to purchase the policy you are applying for?  ○ Yes ○ No

**Sections 11 through 15 are required for all applications when Proposed Insured is age 16 or older.  Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.**

## 11 Additional Insurance Information

|  | **PROPOSED INSURED 1** | **PROPOSED INSURED 2** |
|---|---|---|
| **a.** Have you ever had an application for life insurance declined or postponed? | ○ Yes ● No | ○ Yes ○ No |
| **b.** In the last **three (3) years**, have you claimed or received any disability benefits because of injury or sickness? | ○ Yes ● No | ○ Yes ○ No |

## 12 Medical Information

|  | **PROPOSED INSURED 1** | **PROPOSED INSURED 2** |
|---|---|---|
| **a.** Have you ever tested positive for or been diagnosed by a member of the medical profession with: |  |  |
| • Human Immunodeficiency Virus (HIV) | ○ Yes ● No | ○ Yes ○ No |
| • Acquired Immune Deficiency Syndrome (AIDS) | ○ Yes ● No | ○ Yes ○ No |

ICC18 1004522                LF-4121-9372                1006730 2003 144512 203 09-05-2018

Apx. 011



**b.** In the last **three (3) years**, have you been treated, diagnosed, or advised by a member of the medical profession as follows? *(If yes, select all that apply.)*   ○ Yes ◉ No     ○ Yes ○ No

- Hospitalized or surgically treated for chest pain or any disorder of the heart?   ☐   ☐
- Hospitalized or surgically treated for stroke or mini-stroke (transient ischemic attack/TIA)?   ☐   ☐
- Diagnosed with, or are you currently being treated for, cancer or tumor or mass (excluding basal cell and squamous cell cancer of the skin)?   ☐   ☐
- Diagnosed with any kidney disorder that requires current dialysis treatment?   ☐   ☐
- Advised to have further evaluation or testing (except for HIV) to determine a diagnosis; or had surgery recommended that has not been performed?   ☐   ☐

## 13 Criminal Charges and Convictions

|  | | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|---|

**a.** In the last **three (3) years**, have you been involved in any of the following? *(If yes, select all that apply.)*   ○ Yes ◉ No     ○ Yes ○ No

- Convicted of or pleaded guilty to any felony?   ☐   ☐
- Charged with a crime (with charges pending at this time)?   ☐   ☐
- Placed on supervised release/parole or probation?   ☐   ☐
- Incarcerated or facing incarceration as the result of a guilty plea or conviction?   ☐   ☐

**b.** In the last **three (3) years**, have you been convicted of or pleaded guilty to driving under the influence of alcohol or drugs?   ○ Yes ◉ No     ○ Yes ○ No

## 14 Lifestyle and Travel Information

**Travel Information**

|  | | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|---|

**a.** Are you **currently** residing or traveling in any country outside of the United States or Canada?   ○ Yes ◉ No     ○ Yes ○ No

**b.** In the next **six (6) months,** do you plan to leave or travel from the United States or Canada?   ○ Yes ◉ No     ○ Yes ○ No

**Lifestyle Information**

|  | | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|---|

**c.** In the last **three (3) years**, have you engaged in any of the following? *(If yes, select all that apply.)*   ○ Yes ◉ No     ○ Yes ○ No

- Aviation (other than as a passenger or commercial airline crew)   ☐   ☐
- Sky diving (more than 1 time), BASE jumping, hang gliding   ☐   ☐
- Mountain/rock climbing   ☐   ☐
- SCUBA diving to depths greater than 100 feet OR any specialty diving (including caves, ice, wrecks, etc.)   ☐   ☐
- Vehicle racing   ☐   ☐

ICC18 1004522                     LF-4121-9372                     1006730  2003  144512  203  09-05-2018

Apx. 012



## 15 Tobacco Use

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|

**a.** Have you ever used tobacco or other nicotine products in any form (including e-cigarettes or vaping)?

PROPOSED INSURED 1: ○ Yes  ◉ No
PROPOSED INSURED 2: ○ Yes  ○ No

*If yes, please provide month/year last used:*

_____ / _____        _____ / _____
MM        YYYY            MM        YYYY

## 16 Additional Medical Information (If no medical exam is required)

*This section is required for all:*
- *New business applications when Proposed Insured is age 16 or older and no medical exam is required.*
- *Change of plan applications when the Proposed Insured is age 16 or older.*

*Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.*

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|

**a.** In the last **10 years**, have you been diagnosed, treated, or been given advice by a member of the medical profession for any of the conditions listed below? *(If yes, select all that apply.)*

PROPOSED INSURED 1: ○ Yes  ○ No
PROPOSED INSURED 2: ○ Yes  ○ No

| Condition | PI 1 | PI 2 |
|---|---|---|
| Attention Deficit Disorder (ADD)/Attention Deficit Hyperactivity Disorder (ADHD) | ☐ | ☐ |
| Asthma | ☐ | ☐ |
| Blood Disorder | ☐ | ☐ |
| Cancer or Tumor or Mass | ☐ | ☐ |
| Chronic Obstructive Pulmonary Disease (COPD)/Emphysema | ☐ | ☐ |
| Diabetes | ☐ | ☐ |
| Heart Disease or Disorder | ☐ | ☐ |
| High Blood Pressure | ☐ | ☐ |
| Intestinal Disorder | ☐ | ☐ |
| Liver Disorder | ☐ | ☐ |
| Mental/Nervous Disorder | ☐ | ☐ |
| Organ Transplant (other than cornea transplant) | ☐ | ☐ |
| Sleep Apnea | ☐ | ☐ |

**b.** In the last **five (5) years**, have you for any reason not previously explained:
- Seen a doctor or any member of the medical profession, or been treated at a hospital or other medical facility (*excluding seasonal illnesses such as colds, flu, bronchitis and allergies such as hay fever*)?

PROPOSED INSURED 1: ○ Yes  ○ No
PROPOSED INSURED 2: ○ Yes  ○ No

- Had medication prescribed other than medications for cold, flu, seasonal allergies or birth control?

PROPOSED INSURED 1: ○ Yes  ○ No
PROPOSED INSURED 2: ○ Yes  ○ No

**c.** Have you, in the last **three (3) years**, used marijuana in any form?

PROPOSED INSURED 1: ○ Yes  ○ No
PROPOSED INSURED 2: ○ Yes  ○ No

ICC18 1004522                    LF-4121-9372                    1006730  2003  144512  203  09-05-2018

Apx. 013



**d.** In the last **10 years**, have you:

- Used cocaine, heroin, methamphetamine, or any other controlled substance or narcotic not prescribed by a member of the medical profession? ○ Yes ○ No | ○ Yes ○ No
- Had medical treatment or counseling for use of alcohol or prescribed or non-prescribed drugs? ○ Yes ○ No | ○ Yes ○ No
- Been advised by a member of the medical profession to discontinue use of alcohol or prescribed or non-prescribed drugs? ○ Yes ○ No | ○ Yes ○ No

## 17 Explanations

*If you need more space, please attach additional pages, which will become part of this application. Please note that these must be signed and dated by the Proposed Insured(s) and/or Applicant, and witnessed by Agent.*

```
I have agreed to complete the life insurance application and supporting forms using
electronic documents.
DAVION D'ANGELO SMITH - Tobacco Use; In the last three (3) years, have you used
tobacco or other nicotine products in any form? no
Owner type: INDIVIDUAL
Owner Relationship to Proposed Insured 1: MOTHER
Is there a successor owner? No

DAVION D'ANGELO SMITH Primary Beneficiary Name:  Kimberly, Russell
; Per Stirpes:No
DAVION D'ANGELO SMITH Primary Beneficiary Name:  Jah'reem, K, Barideaux
; Per Stirpes:No
```

ICC18 1004522                    LF-4121-9372                    1006730  2003  144512  203  09-05-2018

Apx. 014



## 18 Agreements

Coverage will be effective as of the Policy Date if the following conditions are met: the first premium is paid when this policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

For changes in Basic Amount for a Universal Life Policy or Joint Universal Life, the change will be effective on the Deduction Date on or next following acceptance of the change by the Company if on such Deduction Date the following conditions are met: there is enough Cash Surrender Value to make the required monthly deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

However, if a Binding Receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this Application and any medical history is true and complete to the best of their knowledge and belief. Information is not true and complete to the best of their knowledge and belief if it misrepresents or omits a fact which a Proposed Insured or the Applicant knew or should have known, regardless whether the misrepresentation or omission was intentional. It is agreed that the Company can investigate the truth and completeness of such information while this policy is contestable.

By accepting this Policy, the Owner agrees to the beneficiaries named and corrections made. No change in plan, amount, benefits, or age at issue may be made on the Application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this Application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

NOTICE: Insurance laws may prohibit the owner of a life insurance policy from entering into any agreement to sell, transfer or assign a life insurance policy prior to the date the policy was issued, or within a period of time specified by state law after the date the policy was issued. The Owner should consult with legal advisors for any questions about these matters.

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

IMPORTANT INFORMATION ABOUT PROCEDURES WHEN APPLYING FOR A NEW LIFE INSURANCE POLICY: To help the government fight the funding of terrorism and money laundering activities, State Farm will obtain, verify, and record information that identifies each Proposed Insured(s) and Applicant(s) identified on the application. What this means for you. We will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

ICC18 1004522                          LF-4121-9372                          1006730  2003  144512  203  09-05-2018

Apx. 015



**Taxpayer Identification Number (TIN) Certification – Substitute W-9**

I certify under penalties of perjury that:

(1) The TIN shown above is correct, and

(2) I am a U.S. citizen or other U.S. person (defined below), and

(3) Backup Withholding:

○ I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding or I am exempt from backup withholding.

○ I am subject to backup withholding.

(4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which this form has been requested because I hold or otherwise maintain the account(s) in the United States.

Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**For instructions on how to complete the form, visit the IRS website at www.irs.gov or contact your local IRS office. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

_Darvin S_

_____   01-07-2022
Proposed Insured 1 signature (Signature not required for juvenile application)   Date (MM/DD/YYYY)   [SIGNATURE]

_____   _____
Proposed Insured 2 signature   Date (MM/DD/YYYY)   [SIGNATURE]

_Kimberly R_

_____   01-07-2022
Applicant signature   Date (MM/DD/YYYY)   [SIGNATURE]

_Applicant's signature is not required unless Applicant is other than Proposed Insured 1. If a firm or corporation is to be the policyowner, please provide company name and signature of an authorized officer._

_Joe C_

_____   01/07/2022
Agent/Licensed Insurance Producer signature   Date (MM/DD/YYYY)   [SIGNATURE]

At Houston   TX
City   State

Page 13 of 13

# Exhibit 2



**CASE NO. 157456401010**
INCIDENT NO./TRN: 9265772387A001

| THE STATE OF TEXAS | § | IN THE 351ST DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| SMITH, DAVION DANGELO | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX08296090 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. GEORGE POWELL | Date Judgment Entered: | 12/19/2018 |
|---|---|---|---|

| Attorney for State: | STEVE WALSH | Attorney for Defendant: | PITONIAK, NATHANIEL CARY |
|---|---|---|---|

**Offense for which Defendant Convicted:**
**FELON POSS WPN**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **N/A** |

**Date of Offense:**
**12/20/2017**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

**Terms of Plea Bargain:**
**4 YEARS TDC**

| Plea to 1st Enhancement Paragraph: | **TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **Not Applicable** |
|---|---|---|---|

| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **Not Applicable** |
|---|---|---|---|

| Date Sentence Imposed: | **12/19/2018** | Date Sentence to Commence: | **12/19/2018** |
|---|---|---|---|

| Punishment and Place of Confinement: | **4 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| **$ N/A** | **$ As Assessed** | **$ N/A** | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From | 12/22/2017 | to | 12/19/2018 | From | | to | |
| | | | | | From | | to | |
| | From | | to | | From | | to | |
| | From | | to | | | | | |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**3 DAYS**     NOTES: **TOWARD FINE AND COSTS**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Harris County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence

**1st** AMENDED CONDITIONS OF COMMUNITY SUPERVISION

FOR: **DAVION DANGELO SMITH**                    SPN: **02695003**    CAUSE: **1501030**

I understand that under the laws of this State, the Court shall determine the terms and conditions of Community Supervision, and may *alter or modify said conditions during the period of Community Supervision.* I further understand that failure to abide by these Conditions of Community Supervision may result in the revocation of Community Supervision or an adjudication of guilt.

I have read or had read to me by the CLO/CSO Officer the conditions the Judge has added or changed, and I have initialed each change indicating that I understand the modifications. I also understand that if I do not accept these changes to my Conditions of Community Supervision, I must make a timely and specific objection and request to appear before the Judge. I understand that if I refuse to accept these amendments, the Judge may issue a warrant for my arrest and I have a right to be represented by counsel. If I am indigent, the Court shall appoint counsel for me. I also understand that I may voluntarily and knowingly accept this modification.

Community Supervision expires the _**9 TH**_ day of _**JUNE**_, _**2019**_

**Acceptance and Waiver**

[✓] I understand the terms and consequences for failing to comply with these Conditions of Community Supervision and I knowingly and voluntarily agree to this modification of my conditions. I further understand that by signing these conditions I am affirmatively accepting the terms and I waive any right to object or be represented by counsel.

**Objection and Request for Immediate Hearing**

[ ] I object to this modification of my conditions of Community Supervision and request an immediate hearing before the Judge.

X _____                          _____
                                                              Date
**DAVION DANGELO SMITH**

Defendant

Signed this _**22 TH**_ day of _**JUNE**_  _**2016**_

X _____
**TERRY FLENNIKEN**
Judge Presiding

X _____
**DAVID PRESTON**
CLO / CSO Officer

Defendant's Right Thumbprint

**1ST AMENDED TO CORRECT OFFENSE**



CASE No. 150103001010
INCIDENT No./TRN: 9171652639A001

| THE STATE OF TEXAS | § | IN THE 185TH DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| SMITH, DAVION DANGELO | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX08296090 | § | |

## JUDGMENT ADJUDICATING GUILT

| Judge Presiding: | HON. SUSAN BROWN | Date Judgment Entered: | 11/10/2016 |
|---|---|---|---|
| Attorney for State: | JOSHUA RAYGOR | Attorney for Defendant: | LUCINDA MARSHALL |

| Date of Original Community Supervision Order: | Statute for Offense: |
|---|---|
| 06/10/2016 | N/A |

| Offense for which Defendant Convicted: |
|---|
| POSS CS PG 1 1 - 4 GRAMS |

| Date of Offense: |
|---|
| 03/02/2016 |

| Degree: | Plea to Motion to Adjudicate: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD DEGREE FELONY | TRUE | N/A |

| Terms of Plea Bargain: |
|---|
| 2 YEARS TDC AND $200 FINE |

| Date Sentence Imposed: | 11/10/2016 | Date Sentence to Commence: | 11/10/2016 |
|---|---|---|---|

| Punishment and Place of Confinement: | 2 YEAR INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution | Restitution Payable to: |
|---|---|---|---|
| $ 200.00 | $ As Assessed | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From 03/02/2016 to 06/28/2016 | From to |
|---|---|---|
| | From 11/02 2016 to 11/10/2016 | From to |
| | From to | From to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

N/A DAYS    NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

After hearing and considering the evidence presented by both sides, the Court FINDS THE FOLLOWING: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court DEFERRED further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of 3 YEARS; (4) The Court assessed a fine of $ 200.00; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's ORIGINAL Motion to Adjudicate Guilt as follows:

**FAILURE TO ATTEND AND COMPLY WITH ALL PROGRAM RULES, REGULATIONS, CONTRACTS AND GUIDELINES OF YMAC PROGRAM**

Apx. 020

and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court FINDS such evidence substantiates Defendant's guilt. The Court FINDS that, in this cause, it is in the best interest of society and Defendant to defer proceedings without entering an adjudication of guilt and to place Defendant on community supervision.

  The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

  The Court ORDERS that Defendant is given credit noted above for the time spent incarcerated. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

  The Court ORDERS that no judgment shall be entered at this time. The Court further ORDERS that Defendant be placed on community supervision for the adjudged period so long as Defendant abides by and does not violate the terms and conditions of community supervision. See TEX. CODE CRIM. PROC. art. 42.12 § 5(a).

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated. The Court further ORDERS that if the defendant is convicted of two or more offenses in a single criminal action, that each cost or fee amount must be assessed using the highest category of offense. Tex. Code Crim. P. art. 102.073.

**Furthermore, the following special findings or orders apply:**

**RELEASE DEFENDANT ONLY TO YMAC BEGINNING 06/10/16.**

**Signed and entered on 06/10/2016**

X _____
**SUSAN BROWN**
JUDGE PRESIDING

Notice Appeal Filed:

Mandate Received:

Def. Received on at ☐AM ☐ PM

By:, Deputy Sheriff of Harris County

Clerk: C CZEPINSKI
Case: 1S0103001010
Name: **SMITH, DAVION DANGELO**

FIN (CAS 20.10): N / A    EN/KR13: 9 9 6  LCBT: ✓    LCBU: ✓
9 9 5

Right Thumbprint

CAUSE NUMBER    1501030

THE STATE OF TEXAS                              IN THE   185th   DISTRICT COURT
VS.                          999                      OF      P.2
    DAVION DANGELO SMITH        998                 HARRIS COUNTY, TEXAS
                                   OK)

## MOTION TO ADJUDICATE GUILT

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney and shows the Court that heretofore on the ___10th___ day of _____June_____ , ___2016___ the Defendant herein entered a plea of ___guilty___ for the felony offense of

POSS CS PG 1 1 - 4 GRAMS

and the Court after hearing the evidence introduced thereon and finding that it substantiates the Defendant's guilt, deferred entering an adjudication of guilt and placed the Defendant under the terms and conditions of Community Supervision for a period of ___3___ years in accordance with Section 5 of Article 42 12 of the Texas Code of Criminal Procedure

Further, the State would show that the Court ordered the Defendant herein to abide by certain conditions of Community Supervision during the term of Community Supervision and among the conditions of Community Supervision ordered by the Court were the following conditions of Community Supervision

17■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■Remain in this facility under custodial supervision until discharged from the program. Upon discharge, you will comply with your discharge plan until successfully discharged or released by further order of the Court.

Failing to comply with all program rules, regulation, contracts and guidelines of the facility until successfully discharged or released by further order of the Court, to-wit; the Defendant while stipulated to the YMAC Program violated the following Rules and Regulations:

September 6, 2016: The defendant violated the following Cardinal Rules: #05 Escape/Absconding or planning - the Defendant absconded from the facility, #25 Being in an unauthorized area - the Defendant entered FCC without permission, #11 Major contraband - the Defendant was in possession of a cell phone, #28 Refusing staff directive - the Defendant refused to give the cell phone to staff and #16 Insolence toward staff member - the Defendant told a staff member shed not know what the fuck she was talking about.

September 2, 2016: The defendant violated the following Cardinal Rules: #16 Insolence toward staff member - the Defendant called a staff member a bitch ass nigga, #13 Issuing threats - the Defendant threatened a staff member, #20 Minor contraband - the Defendant was in possession two mattresses and # 25 Being in an unauthorized area - the Defendant was in FCC without permission.

August 31, 2016: The defendant violated the following Cardinal Rule: #47 Failure to attend any scheduled activity - the Defendant did not attend ABE class.

August 20, 2016: The defendant violated the following Cardinal Rule: #25 Being in an unauthorized area - the Defendant was in the phone room on the administration side without permission.

August 3, 2016: The defendant violated the following Cardinal Rules: #16 Insolence toward staff member - the Defendant told the staff member to shut the fuck up, #25 Being in an unauthorized area - the Defendant was in an unassigned bunk and #28 Refusing staff directive - the Defendant was told by staff not to wear cut off scrubs, not to be on other's bunk, and not to hang out in the hallway.

July 30, 2016: The defendant violated the following Cardinal Rule: #28 Refusing staff directive - the Defendant refused staff directive to get out of the shower.

July 28, 2016: The defendant violated the following Cardinal Rule: #35 Improper use, altering, facility or other's property - the Defendant was using a chair as a ladder.

July 27, 2016: The defendant violated the following Cardinal Rule: #47 Failure to attend any scheduled activity - the Defendant did not attend ABE class.

July 26, 2016: The defendant violated the following Cardinal Rules: #47 Failure to attend any scheduled activity - the Defendant did not attend class, #28 Refusing staff directive - the Defendant refused to stop sitting on a table when directed by staff, #28 Refusing staff directive - the Defendant refused to go to his dorm, #16 Insolence toward staff member - the Defendant refused to speak with staff member and #25 Being in an unauthorized area - the Defendant was in an unassigned dorm.

July 16, 2016: The defendant violated the following Cardinal Rules: #28 Refusing staff directive - the Defendant refused to go to his dorm, #28 Refusing staff directive - the Defendant refused to go to his bunk after lights were out and #28 Refusing staff directive - the Defendant refused to pull up pants after being directed several times by staff.

July 13, 2016: The defendant violated the following Cardinal Rule: #47 Failure to attend any scheduled activity - the Defendant did not attend ABE class.

THE STATE OF TEXAS
VS
DAVION DANGELO SMITH

SPN 02695003
DOB B M 06/04/1996
DATE PREPARED 12/21/2017

D A LOG NUMBER 2406190
CJIS TRACKING NO. 9265772387A001
BY ACH DA NO 2533941
AGENCY HPD
O/R NO 159529317
ARREST DATE 12/20/2017

NCIC CODE 5203 03               RELATED CASES

FELONY CHARGE   FELON IN POSSESSION OF FIREARM

CAUSE NO
HARRIS COUNTY DISTRICT COURT NO              **1574564**
FIRST SETTING DATE                           **351**

BAIL REFERRED TO (15.17)
PRIOR CAUSE NO
CHARGE SEQ NUM 1

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAVION DANGELO SMITH,** hereafter styled the Defendant, heretofore on or about *December 20, 2017,* did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of *Possession of a Controlled Substance* in the *District Court of the 185th Judicial District,* Harris County, Texas, in Cause Number 1501030, on November 10, 2016

Before the commission of the offense alleged above, on September 20, 2012, in Cause No 201204778J, in the 313th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Robbery.

F I L E D
Chris Daniel
District Clerk

MAR 0 7 2018

Time:
Harris County, Texas
By
Deputy

Asst. Foreman                    263rd

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

## Texas Department of Criminal Justice

## Huntsville, Texas 77340

**To whom it may concern:**

**The undersigned, Director of the Texas Department of Criminal Justice, certifies that**

SMITH,DAVION DANGELO

TDCJ number <u>TDC  02238260</u> was convicted of a felony to-wit by the District Courts of:

POSS CONT SUB 1-4G                    HARRIS
FELON POSS WPN                        HARRIS

And sentenced on the <u>21ST</u> day of <u>DECEMBER</u>, A.D. <u>17</u> to <u>04</u> years confinement in the penitentiary.

| | |
|---|---|
| **Received in TDCJ custody** | 01-16-2019 |
| **Released to mandatory supervision** | |
| **Released to parole** | |
| **Date of discharge** | 12-21-2021 |

**Remarks:**

Per Texas Government Code, Chapter 493.030, the Social Security Administration has been notified of all inmates released who were confined in a facility for a period of less than twelve consecutive months and were previously receiving Supplemental Security Income or Social Security Disability Insurance benefits.

Per Texas Family Code, Section 85.025 (c) If a person is the subject of a protective order that was issued September 1 1999 through June 8, 2015, and is confined or imprisoned on the date the order expires, the Texas Family Code, Section 85 025 (c) mandates that the order be extended for one year from the date the inmate is released from confinement or imprisonment Effective June 9 2015 and after the order will be extended for one year for sentences of more than 5 years and two years for sentences of five years or less.

**Witness my hand and seal of office this the <u>30TH</u> day of <u>SEPTEMBER</u>, 2021.**

BOBBY LUMPKIN _____, DIRECTOR

BY: _Tara Burson_

TARA BURSON
CHAIRMAN, CLASSIFICATION & RECORDS

ITSR44

Apx. 024

Friday, April 14, 2023, 8:33:50 AM

```
                      TEXAS DEPARTMENT OF CRIMINAL JUSTICE            04/14/2023
                          MINUTES DETAIL INFORMATION                  08.33.23
SID NUMBER: 08296090         TDCJID NUMBER: 02238260        PIA NUMBER: ████
NAME: SMITH,DAVION DANGELO            PROCESS TYPE: CURRENTLY AN INMATE
ACTION DATE:   09/07/2021                   ACTION: DMS   09/01/2022
                                       ACTION TYPE: RECORD HAS NO ACTION TYPE
PAROLE BOARD MEMBER         ACTION     PAROLE BOARD MEMBER        ACTION
JEFFREY MARTON        DMS   09/01/2022 ELODIA BRITO        DMS   09/01/2022
```

REASONS: 9D1 9D2 1D  4D  5D  ████████████████████
SPEC COND: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
                        "Z" COUNTIES: ___ ___ ___ ___    "A" COUNTY: ___
COMMENTS: ████████████████████



**BASIC INFORMATION RELATING TO OFFENDER (INMATE) OF TEXAS
DEPARTMENT OF CRIMINAL JUSTICE**
Public Information Disclosure Sheet as Stipulated by Section 552.029

Name: Smith, Davion Dangelo                    Identification Number: 02238260

DOB: 06/04/1996                                Race/Gender: B/M

**Controlling Offense:**

Charge: Felon Poss Wpn                         Sentenced: 12/19/2018

County/Court: Harris

Minimum Expiration of Sentence Date: 12/21/2021

Maximum Expiration of Sentence Date: 12/21/2021

Date Received: 01/16/2019

Sentence Began Date: 12/21/2017

Date Released: 12/21/2021

Date Discharged: 12/21/2021

**Additional Sentences:**                       TDCJ: 02103161

Charge: Poss Cont Sub 1-4G                      Sentenced: 11/10/2016

County/Court: Harris

Minimum Expiration of Sentence Date: 01/13/2019

Maximum Expiration of Sentence Date: 01/13/2019

Date Received: 12/20/2016

Sentence Began Date: 07/07/2016

Date Released: 06/12/2017 (Mandatory Supervision)

Date Discharged: 01/13/2019

Apx. 026



# BASIC INFORMATION RELATING TO OFFENDER (INMATE) OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Public Information Disclosure Sheet as Stipulated by Section 552.029

Name: <u>Smith, Davion Dangelo</u>

Identification Number: <u>02103161</u>

DOB: <u>06/04/1996</u>

Race/Gender: <u>B/M</u>

**Additional Sentences:**

Charge: <u>Unauth Absence Comm Corr Fac</u>

Sentenced: <u>11/10/2016</u>

County/Court: <u>Harris</u>

Minimum Expiration of Sentence Date: <u>01/01/0001</u>

Maximum Expiration of Sentence Date: <u>04/30/2017</u>

Date Received: <u>12/20/2016</u>

Sentence Began Date: <u>11/02/2016</u>

Date Released: <u>06/12/2017 (Mandatory Supervision)</u>

Date Discharged: <u>04/30/2017</u>

**Additional Sentences:**

TDCJ: _____

Charge: _____

Sentenced: _____

County/Court: _____

Minimum Expiration of Sentence Date: _____

Maximum Expiration of Sentence Date: _____

Date Received: _____

Sentence Began Date: _____

Date Released: _____

Date Discharged: _____

Apx. 027





CASE NO. 150103001010
INCIDENT NO./TRN: 9171652639A001

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 185TH DISTRICT** |
| | § | |
| **V.** | § | **COURT** |
| | § | |
| **SMITH, DAVION DANGELO** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| STATE ID NO.: TX08296090 | § | |

## ORDER OF DEFERRED ADJUDICATION

| Judge Presiding: | **HON. SUSAN BROWN** | Date Order Entered: | **06/10/2016** |
|---|---|---|---|
| Attorney for State: | **ANDREA BEALL** | Attorney for Defendant: | **LAMBERT, NEELU S.** |

Offense:
**POSS CS PG 1 WEIGHING 1-4 GRAMS (559905)**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **N/A** |

Date of Offense:
**03/02/2016**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**STATE MOVES TO REDUCE FROM A 2ND DEGREE FELONY
3 YEARS DADJ AND $200 FINE**

| Plea to 1st Enhancement Paragraph: | **TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

### ADJUDICATION OF GUILT DEFERRED;
### DEFENDANT PLACED ON COMMUNITY SUPERVISION.

### PERIOD OF COMMUNITY SUPERVISION: 3 YEARS

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| **$ 200.00** | **As Assessed** | **$ N/A** | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

| Time Credited: | **N/A DAYS** NOTES: N/A |
|---|---|

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Harris County, Texas. The State appeared by her District Attorney as named above.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered a plea as indicated above. The Court admonished the Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

PAGE  2  MOTION TO ADJUDICATE GUILT

THE STATE OF TEXAS VS. _____ DAVION DANGELO SMITH _____ CAUSE NO. _____ 1501030 ____

F I L E D
Chns Daniel
District Clerk

SEP 1 6 2016
_____
Time: _____
Harris County, Texas

By _____
Deputy

WHEREFORE, THE STATE PRAYS that Alias Capias issue  and upon arrest that a hearing be given the Defendant and that on the final hearing an adjudication of guilt be entered

ASSISTANT DISTRICT
ATTORNEY
HARRIS COUNTY, TEXAS

MOTION GRANTED AS PRAYED FOR and the Clerk is hereby ORDERED to issue Alias Capias for arrest of the Defendant and that a copy of this Motion be served on the Defendant

SIGNED THIS THE    15    day of   September    A.D.  2016

ATTEST                          HONORABLE    SUSAN BROWN    , JUDGE
                                PRESIDING,  185th  DISTRICT COURT
Chns Daniel                     Harris County, Texas
District Clerk
Harris County, Texas            ACTION DIRECTED BY THE COURT
                                A  FILE MOTION TO REVOKE
By _____                    B  NO ACTION DESIRED _____
        (Deputy)                C  HOLD PENDING _____

                                JUDGE,    185th   DISTRICT COURT

PJ                              SUPERVISION OFFICER    DAVID PRESTON
9/13/2016
                                DATE SUBMITTED _____

## CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS
VS.
DAVION DANGELO SMITH

IN THE 185th DISTRICT COURT OF
HARRIS COUNTY, TEXAS
CAUSE NUMBER 150103001010

On this the 10th day of June, 2016, you are granted 3 Years community supervision for the felony offense of POSS CS PG 1 4G - 200G in accordance with section 5 of Article 42.12, Texas Code of Criminal Procedure, in the 185th District Court of Harris County, Texas, by the Honorable SUSAN BROWN Judge Presiding. It is the order of this Court that you abide by the following Conditions of Community Supervision:

(1) Commit no offense against the laws of this or any other State or of the United States. You are to report any arrests within 24 hours.

(2) Not use, possess, or consume any illegal drug or prescription drug not currently prescribed to you by a medical professional. You shall bring all current prescription bottles to your Community Supervision Officer. If new medication is prescribed, you must bring the new prescription bottle by your next scheduled report date.

(3) Report to the Community Supervision Officer as directed for the remainder of the supervision term unless so ordered differently by the Court.

(4) Permit a Community Supervision Officer to visit you at your home, place of employment or elsewhere.

(5) Work at suitable employment and/or attend school full- time. Present either verification of employment or provide a log of all attempts to secure employment to your Community Supervision Officer as directed. You must notify HCCSCD of any change in your employment status by your next scheduled reporting date.

(6) Abide by the rules and regulations of the Harris County Community Supervision and Corrections Department (hereinafter referred to as HCCSCD).

(7) Remain within Harris County, Texas or any counties directly touching Harris County, Texas. You may not travel outside these locations unless you receive prior written permission from the Court through your Community Supervision Officer.

(8) Notify HCCSCD by your next report date of any change in residence.

(9) Submit a non- diluted, valid, unaltered sample for the purpose of alcohol/drug monitoring at the request of the HCCSCD.

(10) Participate in the HCCSCD Community Service Restitution Program (CSRP). You shall perform 0 hours as directed by HCCSCD CSRP policy. Hours must be completed 60 days prior to termination.

(11) Submit to a screening and/or assessment through HCCSCD Assessment Unit by 08/10/2016.

(12) Submit to an evaluation of your educational skill level by 02/10/2017. If it is determined that you have not attained the average skill of students who have completed the sixth grade in public schools in this State, you shall participate in a program that teaches functionally illiterate persons to read. If you are non- English speaking, you will participate in English as a Second Language (ESL) program, if it is determined there is a need in order for you to meet the state mandate beginning upon referral until successfully discharged or released by further order of the Court.

(13) Support your dependents as required by law. Provide your Community Supervision Officer with a certified copy of all court orders requiring payment of child support.

(14) Not ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition, or attempt to ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition.

(15) Pay the following fees through HCCSCD. All payments MUST be in the form of a Money Order, Cashier's Check or credit card. Credit card can be used to submit online payments at http://www.go2gov.net/go/hccscd. A $ 2.00 transaction fee will be charged by HCCSCD to process each payment.

    15.1 Pay a Supervision Fee at the rate of $ 60.00 per month for the duration of your community supervision beginning 07/10/2017 to HCCSCD.

submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

#### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the **Harris County District Clerk's office.** Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the **Sheriff of Harris County, Texas** on the date the sentence is to commence. Defendant shall be confined in the **Harris County Jail** for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the **Harris County District Clerk's office.** Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the **Office of the Harris County District Clerk.** Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

#### Execution / Suspension of Sentence (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated. The Court further **ORDERS** that if the defendant is convicted of two or more offenses in a single criminal action, that each cost or fee amount must be assessed using the highest category of offense. Tex. Code Crim. P. art. 102.073.

**Furthermore, the following special findings or orders apply:**
**APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.**

Signed and entered on 12/19/2018

X _____
**GEORGE POWELL**
JUDGE PRESIDING

Notice of Appeal Filed:_____

Mandate Received:_____Type of Mandate:_____

After Mandate Received, Sentence to Begin Date is:_____

Jail Credit:_____

Def. Received on at ☐ AM ☐ PM

By:, Deputy Sheriff of Harris County

Clerk: C CLARK
Case Number: 157456401010
Defendant: SMITH, DAVION DANGELO

Right Thumbprint

THE STATE OF TEXAS
VS.

**DAVION DANGELO SMITH**
**11731 W. BELLFORT ST #1509**
**HOUSTON, TX 77477**

SPN: 0269503
DOB: BM 06/04/96
DATE PREPARED: 4/19/2016

D.A. LOG NUMBER:2239674
CJIS TRACKING NO.:9171652639-A001

BY: MA  DA NO: 002397278
AGENCY:HPD
O/R NO: 027430216
ARREST DATE: 03/02/16

NCIC CODE: 5599 06                    RELATED CASES:

**FELONY CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE**
**CAUSE NO: 1501030**
**HARRIS COUNTY DISTRICT COURT NO: 185**
**FIRST SETTING DATE:**

BAIL: $10,000.
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAVION DANGELO SMITH**, hereafter styled the Defendant, heretofore on or about **MARCH 02, 2016**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, METHAMPHETAMINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on SEPTEMBER 20, 2012, in Cause No. 2012047781, in the 313TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

**F I L E D**
Chris Daniel
District Clerk

APR 19 2016

Time: _____
Harris County, Texas
By _____
Deputy

Foreman                    **174th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

**1st AMENDED**                    **CONDITIONS OF COMMUNITY SUPERVISION**

For: <u>DAVION DANGELO SMITH</u>                                    Cause: <u>150103001010</u>

    15.2    Pay a **$ 12.50** fee for an Offender Identification Card by <u>06/10/2017</u> to HCCSCD.

    15.3    Pay a one- time fee of **$ 100.00** to HCCSCD for the purpose of screening and assessment.

    15.4    Pay a Fine of **$ 200.00** and Court Costs at the rate of **$ 45.00** per month beginning <u>07/10/2017</u> to Harris County through HCCSCD. Court grants credit for <u>0</u> days served. .

    15.5    Pay **$ 10.00** per month to cover expenses of drug testing.

(16)  Not use, consume, or possess alcoholic beverages.

(17)  ████████████████████████████████ Remain in this facility under custodial supervision until discharged from the program. Upon discharge, you will comply with your discharge plan until successfully discharged or released by further order of the Court.

**AMEND TO CORRECT OFFENSE.**

Accordingly, the Court GRANTS the State's Motion to Adjudicate the Defendant's Guilt in the above cause. FINDING the Defendant committed the offense on the date as noted above, the Court ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE. CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options  (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ** . The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the **Harris County District Clerk's** office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail – Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the **Sheriff of Harris County, Texas** on the date the sentence is to commence. Defendant shall be confined in the **Harris County Jail** for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the **Harris County District Clerk's** office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Harris County District Clerk . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated. The Court further ORDERS that if the defendant is convicted of two or more offenses in a single criminal action, that each cost or fee amount must be assessed using the highest category of offense. Tex. Code Crim. P. art. 102.073.

### Furthermore, the following special findings or orders apply:

**APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.**

---

**Signed and entered on 11/10/2016**

X _____
**SUSAN BROWN**
JUDGE PRESIDING

Notice of Appeal Filed:

Mandate Received   Type of Mandate:

After Mandate Received, Sentence to Begin Date is

Jail Credit:

Def Received on  at  ☐AM - ☐PM

By: , Deputy Sheriff of Harris County

Clerk: C CZEPINSKI
Case Number: 150103001010
Defendant: SMITH, DAVION DANGELO

EN KR04 999 CBI:      TCBU:     EN/KR18 999

**Right Thumbprint**

**STATE OF TEXAS**
**COUNTY OF HARRIS**
I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
NOV  Witness my official hand and seal of office this

**CHRIS DANIEL, DISTRICT CLERK**
**HARRIS COUNTY, TEXAS**

_____ Deputy

## CONDITIONS OF COMMUNITY SUPERVISION

For: DAVION DANGELO SMITH                                     Cause: 150103001010

I understand that under the laws of this State, the Court shall determine the terms and conditions of Community Supervision, and may alter or modify said conditions during the period of Community Supervision. I further understand that failure to abide by these Conditions of Community Supervision may result in the revocation of Community Supervision or an adjudication of guilt.

Community Supervision expires the 9th day of June A.D. 2019


X _Davion Smith_
DAVION DANGELO SMITH, DEFENDANT            June 10, 2016
                                          DATE


Signed this  10th day of June A.D.  2016


SUSAN BROWN, PRESIDING JUDGE


IRENE REYES, CLO/CSO OFFICER              June 10, 2016
                                          DATE


                                          SPN:  02695003

                                          PLEA:  GUILTY




Defendant's Right Thumbprint

## CONDITIONS OF COMMUNITY SUPERVISION

For: DAVION DANGELO SMITH                                    Cause: 150103001010

15.2 Pay a $ 12.50 fee for an Offender Identification Card by 06/10/2017 to HCCSCD.

15.3 Pay a one- time fee of $ 100.00 to HCCSCD for the purpose of screening and assessment.

15.4 Pay a Fine of $ 200.00 and Court Costs at the rate of $ 45.00 per month beginning 07/10/2017 to Harris County through HCCSCD. Court grants credit for 0 days served. .

15.5 Pay $ 10.00 per month to cover expenses of drug testing.

(16) Not use, consume, or possess alcoholic beverages.

(17) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Remain in this facility under custodial supervision until discharged from the program. Upon discharge, you will comply with your discharge plan until successfully discharged or released by further order of the Court.

Apx. 036

994

## 1st AMENDED
## CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS                    IN THE 185th DISTRICT COURT OF
VS.                                   HARRIS COUNTY, TEXAS
DAVION DANGELO SMITH                  CAUSE NUMBER 150103001010

On this the 10th day of June, 2016, you are granted 3 Years community supervision for the felony offense of POSS CS PG 1.1 - 4 GRAMS in accordance with section 5 of Article 42.12, Texas Code of Criminal Procedure, in the 185th District Court of Harris County, Texas, by the Honorable SUSAN BROWN Judge Presiding. It is the order of this Court that you abide by the following Conditions of Community Supervision:

(1) Commit no offense against the laws of this or any other State or of the United States. You are to report any arrests within 24 hours.

(2) Not use, possess, or consume any illegal drug or prescription drug not currently prescribed to you by a medical professional. You shall bring all current prescription bottles to your Community Supervision Officer. If new medication is prescribed, you must bring the new prescription bottle by your next scheduled report date.

(3) Report to the Community Supervision Officer as directed for the remainder of the supervision term unless so ordered differently by the Court.

(4) Permit a Community Supervision Officer to visit you at your home, place of employment or elsewhere.

(5) Work at suitable employment and/or attend school full-time. Present either verification of employment or provide a log of all attempts to secure employment to your Community Supervision Officer as directed. You must notify HCCSCD of any change in your employment status by your next scheduled reporting date.

(6) Abide by the rules and regulations of the Harris County Community Supervision and Corrections Department (hereinafter referred to as HCCSCD).

(7) Remain within Harris County, Texas or any counties directly touching Harris County, Texas. You may not travel outside these locations unless you receive prior written permission from the Court through your Community Supervision Officer.

(8) Notify HCCSCD by your next report date of any change in residence.

(9) Submit a non-diluted, valid, unaltered sample for the purpose of alcohol/drug monitoring at the request of the HCCSCD.

(10) Participate in the HCCSCD Community Service Restitution Program (CSRP). You shall perform 0 hours as directed by HCCSCD CSRP policy. Hours must be completed 60 days prior to termination.

(11) Submit to a screening and/or assessment through HCCSCD Assessment Unit by 06/10/2016.

(12) Submit to an evaluation of your educational skill level by 02/10/2017. If it is determined that you have not attained the average skill of students who have completed the sixth grade in public schools in this State, you shall participate in a program that teaches functionally illiterate persons to read. If you are non-English speaking, you will participate in English as a Second Language (ESL) program, if it is determined there is a need in order for you to meet the state mandate beginning upon referral until successfully discharged or released by further order of the Court.

(13) Support your dependents as required by law. Provide your Community Supervision Officer with a certified copy of all court orders requiring payment of child support.

(14) Not ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition, or attempt to ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition.

(15) Pay the following fees through HCCSCD. All payments MUST be in the form of a Money Order, Cashier's Check or credit card. Credit card can be used to submit online payments at http://www.go2gov.net/go/hccscd. A $ 2.00 transaction fee will be charged by HCCSCD to process each payment.

   15.1  Pay a Supervision Fee at the rate of $ 60.00 per month for the duration of your community supervision beginning 07/10/2017 to HCCSCD.

AMEND TO CORRECT OFFENSE.

# Exhibit 3

**State Farm**

State Farm Life Insurance Company
*(Not licensed in MA, NY or WI)*
State Farm Life and Accident Assurance Company
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Life Insurance Claim

## 1 Policy Information

A separate Life Claim form must be fully completed for each beneficiary.

LF-4121-9372
Policy number

The following statement is required on this claim form by law in several states: Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and civil penalties.

## 2 Deceased's Information

Davion D. Smith
Deceased's full name

6-4-1996
Date of birth

5-26-2022
Date of death

homicide
Manner of death (natural, accident, homicide, suicide, pending, disappearance, unknown)

gunshot wands
Cause of death

## 3 Beneficiary's Information

**If the beneficiary is a trust and multiple trustees are recorded, provide the information for each trustee.**

Kimberly Russell
Beneficiary full name (or Trust/Estate/other entity)

6-18-1979
Date of birth

F
Sex

mother
Relationship to deceased

346-260-7247
Home phone number

same
Mobile phone number

*Signature(s) on following page(s)* ▶

Doc type 11

Page 1 of 5

Apx. 039

**State Farm**

---

**4** **Substitute W-9 information/Taxpayer Identification Number (TIN) - please print**

All beneficiaries must complete Section 4. If the beneficiary is a minor, please provide the minor's information. If the beneficiary is a trust or estate please provide the trust or estate's information. Employer Identification Numbers (EIN) may be obtained by visiting www. irs.gov.

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

Beneficiary Social Security Number          Beneficiary EIN *(Trust/Estate/Entity only)*

Kimberly Russell

Beneficiary name

6777 Sommerall Rd #911

Mailing address *(Include street, apartment number, P.O. Box)*

Houston                    TX              77084

City                                          State              ZIP Code

☑ Residential address is same as mailing address

---

Residential address *(Include street, apartment number)*

City                                          State              ZIP Code

**I certify under penalties of perjury that: (1) The TIN shown above is correct (2) I am a US Citizen or other US person (defined below), and (3) I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding, or I am exempt from backup withholding. (4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which this form has been requested because I hold or otherwise maintain the account(s) in the United States.**

Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate *(other than a foreign estate)*, or
• A domestic trust *(as defined in Regulations section 301.7701-7)*

You must cross out item 4 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.**

8-7-2022                    **SIGNATURE**

U.S. person signature                              Date (mm/dd/yyyy)

Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

---

**🐂 State Farm**°

**5** Indicate the beneficiary's desired settlement below.

**SETTLEMENT METHOD (SELECT ONE AND COMPLETE ADDITIONAL INFORMATION FOR A SELECTION AS NEEDED)**

● **One Sum**
○ **Interest Option**
   ○ Accumulate interest and not receive payments (do not complete frequency and payment method sections below)
   ○ Receive interest payments
○ **Fixed Year(s) Option**
   ○ Receive payments for _____ year(s) (select number of year(s), not to exceed the payee's life expectancy)
○ **Fixed Amount Option**
   ○ Receive payments of $ _____ (select dollar amount of payments)
○ **Life Income Option\***
   ○ No certain period
   ○ Certain period to receive payments for _____ years certain (choose between 5 and 20 years)
○ **Joint Life Income Option\***
   ○ No certain period
   ○ Certain period to receive payments for _____ years certain (choose between 5 and 20 years)

_____     _____
Joint payee name                                                 Relationship

_____   _____   _____
Date of birth             Sex                Social Security Number

**\*Additional forms needed:** Copy of Birth Certificate (for Single Life Income and BOTH persons on a Joint Life Income option)

**PAYMENT FREQUENCY (NOT NEEDED FOR ONE SUM)**

Payments will begin one mode after the contract date unless a specific start date was chosen.

Select One:  ○ Annual   ○ Semi-annual  ○ Quarterly  ○ Monthly

Start date (optional): _____

Must be 1st to 28th of any month (only available for Interest Option, Fixed Year(s) Option, and Fixed Amount Option)

Apx. 042

**State Farm®**

**PAYMENT METHOD (SELECT CHECK OR EFT AND COMPLETE ADDITIONAL INFORMATION FOR SELECTION)**

☒ **Check** - Once received and processed, allow 10 business days to receive check using standard mail.

    ● Mail check to the Beneficiary's address listed in Section 4

    ○ Mail check to the Agent's office to deliver (only available for One Sum and not available in New York)

☐ **Electronic Funds Transfer (EFT)** - Indicate the type of account below. Once received and processed, allow 2-3 business days to be deposited into the designated bank account.

    ○ **Checking account** – A pre-printed VOIDED check or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) is required.

    ○ **Savings account** – A pre-printed deposit slip or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) is required.

**NOTE:** (Bank statements, starter checks, handwritten account information, deposit slips and direct deposit forms from your bank will **not** be accepted.)

| | |
|---|---|
| John Doe<br>123 Main Street<br>Anytown, USA 12345 | 0000 |

**VOID**      $ _____

**Please tape your voided check/deposit slip here**

Memo: _____

---

**6** Signature

I hereby authorize the settlement selection. If EFT is selected, I direct State Farm Life Insurance Company/State Farm Life and Accident Assurance Company ("State Farm") to initiate credit entries (deposits) into the designated financial accounts, and to initiate debit entries (withdrawals) if necessary to reverse erroneous deposits.

*This authority will remain in effect until State Farm and the relevant depository institution have had reasonable opportunity to act upon valid, written notification from me directing otherwise. I understand that this service may be discontinued by State Farm at any time.*

State Farm is not responsible for any loss or delay resulting from my submission of erroneous or incomplete information.

_____      8-7-2022
Beneficiary signature      Date (mm/dd/yyyy)      ◀ SIGNATURE ▶
Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

**≈ StateFarm**˚

**7 Supplementary Contract Beneficiary Designation**

**Complete the beneficiary designation below UNLESS you elected One Sum**
Name each designated beneficiary individually. Unless otherwise specified, if two or more persons are designated in the same section below, payment will be made to them equally or to the survivor. If you choose not to designate a beneficiary, the balance of your funds will, upon your death, be payable to your estate. Please list individuals by name ("children of insured" is not acceptable). Do not complete the beneficiary designation if you are a minor (upon death the balance of the funds will be payable to your estate).

**PRIMARY BENEFICIARIES**

| Name | Address | Date of birth | Social Security Number | Phone | Email | Relationship |
|------|---------|---------------|------------------------|-------|-------|--------------|
|      |         |               |                        |       |       |              |
|      |         |               |                        |       |       |              |
|      |         |               |                        |       |       |              |
|      |         |               |                        |       |       |              |

**SUCCESSOR BENEFICIARIES**

| Name | Address | Date of birth | Social Security Number | Phone | Email | Relationship |
|------|---------|---------------|------------------------|-------|-------|--------------|
|      |         |               |                        |       |       |              |
|      |         |               |                        |       |       |              |
|      |         |               |                        |       |       |              |
|      |         |               |                        |       |       |              |

Beneficiary signature                                          Date (mm/dd/yyyy)                **◄SIGNATURE˟**
Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

Apx. 044

**🐾 StateFarm·**

---

**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Authorization
## Countrywide

I authorize any source having medical or non-medical information about _____
to give to State Farm Life Insurance Company/State Farm Life and Accident Assurance Company, its contractors, reinsurers, or its representatives, all information available within the last ten (10) years unless otherwise restricted by state law as to health history, prescription history, diagnosis, treatment or prognosis with respect to any physical or mental condition (which include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases) employment history, consumer reports, and other insurance coverage. Medical sources include but not limited to any doctor, hospital, clinic, U.S. Veteran's Administration (VA) Hospital, mental health facility, Pharmacy Benefit Manager (PBM), pharmacy, or any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, or employer. Any information obtained will be used to determine eligibility for or continuance of insurance or the validity or truthfulness of any claim presented. State Farm Life Insurance Company/State Farm Life and Accident Assurance Company may release this information to its affiliates, their contractors, reinsurers, representatives, other insurance companies, for their use in connection with insurance transactions or as required by law. Information obtained pursuant to this Authorization may later be redisclosed and at that point may no longer be protected under federal law.

I understand I may revoke this Authorization by providing written revocation to State Farm Life Insurance Company/ State Farm Life and Accident Assurance Company except to the extent that State Farm Life Insurance Company/State Farm Life and Accident Assurance Company has taken action in reliance on this Authorization.

I understand that I may refuse to sign this Authorization. However, doing so may result in a claim for benefits being denied.

This Authorization is valid for two (2) years from the date of signature and a photocopy is as valid as the original. I have received a copy of this authorization.

Claimant's Signature _____  Date Signed _8-7-2022_

Print Name _Kimberly Russell_  Relationship to Insured _mother_

Witness Signature _____  Print Name _____

Doc type **11**

**StateFarm**®

# Claim Payment Methods

As the beneficiary of a State Farm life and/or annuity insurance policy, you need to make an important decision about how your payment will be made to you. A State Farm agent is available to review these different payment options with you. Brief descriptions of each are listed below. These products are not insured by the Federal Deposit Insurance Corp; are not a deposit or other obligation of any bank and are not guaranteed by the bank of the federal government. **Please note, the payment options below may not be available for all policy contracts.**

## Lump Sum
A check is issued for the full amount payable. Alternatively, a portion of the amount payable can be taken as a lump sum with the remaining amount applied to one of the other payment methods listed below.

## Interest Method Account
Proceeds are left with State Farm. Interest is paid daily until the account is closed. Proceeds can be withdrawn partially or in full at any time. It is anticipated that the account interest rate will be similar to the rates for money market or passbook savings accounts, subject to any interest rate guarantees provided in the policy.

## Payments of a Fixed Amount
You may choose the exact amount of income to be paid on a monthly, quarterly, semiannual, or annual basis. Payments continue until all proceeds plus interest are exhausted. The unpaid balance may be withdrawn at any time.

## Payments for a Fixed Number of Years
You may choose payments for a specified number of years. The present value of any unpaid payments may be withdrawn at any time.

## Single Life Income
Income is guaranteed for your lifetime. You may not withdraw the present value of the payments. Payments will stop upon your death.

## Single Life Income with Choice of Certain Period
Income is guaranteed for a specified number of years. A certain period can be selected and the beneficiary(ies) may choose periods of 5 to 20 years. If you die before the end of the Certain Period, your designated beneficiary(ies) will have the choice to continue receiving the periodic payments until the end of the Certain Period or they may receive the remaining proceeds in a one-time lump sum settlement. You may not withdraw the present values of the payments.

## Joint Life Income
Income is guaranteed for you, and a second beneficiary, for your lifetimes. Upon the death of either payee, the same monthly income is continued to the survivor as long as he or she lives. The payees may not withdraw the present value of any payments.

## Joint Life Income with Choice of Certain Period
Income is guaranteed for you, and a second beneficiary, for your lifetimes. A certain period can be selected and the beneficiary(ies) may choose periods of 5, 10, 15, or 20 years. If both payees die before the end of the Certain Period, their designated beneficiary(ies) may continue to receive the periodic payments until the end of the Certain Period or they may receive the remaining proceeds in a one-time lump sum settlement. The payees may not withdraw the present value of any payments.

Apx. 046

 **StateFarm**® State Farm Life Insurance Company (Not licensed in MA, NY or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

Doc
Type: **23** | Check Digit

# STATEMENT OF SURVIVING CHILDREN

| Name of Insured | *Davion Smith* | Policy Number(s) LF-**4121-9372** |

I, ____*Kimberly Russell*____ , state that the following are the children born to or legally adopted by this insured, and that there are no others.

| Parents of Named Child | Name of Child | Mailing Address of Child | Child's SSN | Date of Birth | Date Adopted by Insured (if applies) | Date of Death (if any) |
|---|---|---|---|---|---|---|
| *Davion Smith* | *Jahreem Borideaux* | | | *5-30-17* | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

A child of this insured is expected to be born on (date): _____

*Full name of mother of expected child:* _____

If there are surviving stepchildren of this insured, list below:

| Name of Stepchild | Mailing Address of Child | Date of Birth | Stepchild's SSN | Acquired by insured's marriage to (Spouse's name) on (Date of marriage) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Signature _____  Witness _____

Date ____*8-7-2022*____

103751.8  09-11-2015


Copy

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Jun 20 2022

**STATE OF TEXAS**    **CERTIFICATE OF DEATH**    **STATE FILE NUMBER**    142-22-111639

| 1. LEGAL NAME OF DECEASED (Include AKA's, If any) (First, Middle, Last) | | | 2. DATE OF DEATH: ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|---|
| DAVION    DANGELO    SMITH | | | (Before Marriage)    MAY 26, 2022 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR MO / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | JUNE 4, 1996 | 25 | | | HOUSTON, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married   ☐ Widowed (but not remarried) <br> ☐ Divorced (but not remarried)   ☒ Never Married   ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 6777 SOMMERALL DRIVE | 911 | HOUSTON |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| HARRIS | TEXAS | 77084 | ☒ Yes   ☐ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| DEWAIN   P   SMITH | KIMBERLY   RUSSELL |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☒ Other (Specify) SCENE

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| HARRIS | HOUSTON, 77063 | 3941 FONDREN RD |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| KIMBERLY RUSSELL - MOTHER | 6777 SOMMERALL DRIVE # 911, HOUSTON, TX 77084 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☒ Burial   ☐ Cremation   ☐ Donation <br> ☐ Entombment   ☐ Removal from state   ☐ Mausoleum <br> ☐ Other (Specify) | RAYFORD L. MITCHELL SR,BY ELECTRONIC SIGNATURE - 5291 | ☒ Unknown <br> Section ___ <br> Block ___ <br> Lot ___ <br> Space ___ |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| HOUSTON MEMORIAL GARDENS CEMETERY | PEARLAND, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| FRAZIER-MITCHELL FUNERAL SERVICE | 5002 HERSHE STREET, HOUSTON, TX 77020 |

**26. CERTIFIER (Check only one)**
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace-On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| PRAMOD GUMPENI, M.D. , BY ELECTRONIC SIGNATURE | JUNE 2, 2022 | M6642 | 03:23 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| PRAMOD GUMPENI, M.D. 1881 OLD SPANISH TRAIL, HOUSTON, TX 77054-2098 | ASST. MED. EXAM |

**33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.**

| CAUSE OF DEATH | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. PENETRATING GUNSHOT WOUNDS OF NECK AND TORSO | | |
| Due to (or as a consequence of): | | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST b. | | |
| Due to (or as a consequence of): | | |
| c. | | |
| Due to (or as a consequence of): | | |
| d. | | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1. | 34. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural <br> ☐ Accident <br> ☐ Suicide <br> ☒ Homicide <br> ☐ Pending Investigation <br> ☐ Could not be determined | ☐ Yes <br> ☒ No <br> ☐ Previously <br> ☐ Probably <br> ☐ Unknown | ☐ Not pregnant within past year <br> ☐ Pregnant at time of death <br> ☐ Not pregnant, but pregnant within 42 days of death <br> ☐ Not pregnant, but pregnant 43 days to one year before death <br> ☐ Unknown if pregnant within the past year | ☐ Driver/Operator <br> ☐ Passenger <br> ☐ Pedestrian <br> ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| MAY 26, 2022 | 03:17 PM | ☐ Yes ☒ No | GAS STATION |

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| 3941 FONDREN RD, HOUSTON, TX 77063 | HARRIS |

| 41. DESCRIBE HOW INJURY OCCURRED |
|---|
| SHOT |

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | |

MAR

EDR NUMBER 000044445359755

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED**   Jun 22 2022

TARA DAS
STATE REGISTRAR    Apx. 048

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Exhibit 4

August 16, 2022                                                          **09**

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re:     Insured:     Davion D'Angelo Smith
        Company:   State Farm Life Insurance Company
        Policy:       LF-4121-9372

Dear Kimberly Russell:

I am writing to let you know that we still need some information before we can complete the processing of your claim.

Specifically, the documents we need to process this claim are as follows:

__ Authorization-Need Insureds name indicated at the top and witnessed
__ Statement of Surviving Children- Need the minor's mailing address/SSN/other parent name added.

Please send the items to:
        State Farm Insurance
        Life Claims Department
        PO Box 2364
        Bloomington, IL 61702-2364
        Or you may fax to: (970) 395-5257

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Sincerely,

State Farm Life Claims

CC: Angel Henderson

Enclosure(s)

85cR2222804182WPSFPFHT Received 8/16/2022 10:59:40 AM [Central Daylight Time]

 **State Farm®**   State Farm Life Insurance Company (Not licensed in MA, NY or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

Doc
Type: **23** [Check Digit]

## STATEMENT OF SURVIVING CHILDREN

| Name of Insured | Davion Smith | Policy Number(s) LF-4121-9372 |
|---|---|---|

I, **Kimberly Russell**, state that the following are the children born to or legally adopted by this insured, and that there are no others.

| Parents of Named Child | Name of Child | Mailing Address of Child | Child's SSN | Date of Birth | Date Adopted by Insured (if applies) | Date of Death (if any) |
|---|---|---|---|---|---|---|
| Davion Smith | Jahreem Boridaeux | | | 5-30-17 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

A child of this insured is expected to be born on (date): _____

*Full name of mother of expected child:* _____

If there are surviving stepchildren of this insured, list below:

| Name of Stepchild | Mailing Address of Child | Date of Birth | Stepchild's SSN | Acquired by Insured's marriage to (Spouse's name) on (Date of marriage) | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Signature _____    Witness _____

Date _____ 8-7-2022 _____

85cR2222804183WPSFPFHT Received 8/16/2022 10:59:40 AM [Central Daylight Time]

**⊗ StateFarm®**

**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Authorization
Countrywide

I authorize any source having medical or non-medical information about _____
to give to State Farm Life Insurance Company/State Farm Life and Accident Assurance Company, its contractors, reinsurers, or its representatives, all information available within the last ten (10) years unless otherwise restricted by state law as to health history, prescription history, diagnosis, treatment or prognosis with respect to any physical or mental condition (which include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases) employment history, consumer reports, and other insurance coverage. Medical sources include but not limited to any doctor, hospital, clinic, U.S. Veteran's Administration (VA) Hospital, mental health facility, Pharmacy Benefit Manager (PBM), pharmacy, or any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, or employer. Any information obtained will be used to determine eligibility for or continuance of insurance or the validity or truthfulness of any claim presented. State Farm Life Insurance Company/State Farm Life and Accident Assurance Company may release this information to its affiliates, their contractors, reinsurers, representatives, other insurance companies, for their use in connection with insurance transactions or as required by law. Information obtained pursuant to this Authorization may later be redisclosed and at that point may no longer be protected under federal law.

I understand I may revoke this Authorization by providing written revocation to State Farm Life Insurance Company/ State Farm Life and Accident Assurance Company except to the extent that State Farm Life Insurance Company/State Farm Life and Accident Assurance Company has taken action in reliance on this Authorization.

I understand that I may refuse to sign this Authorization. However, doing so may result in a claim for benefits being denied.

This Authorization is valid for two (2) years from the date of signature and a photocopy is as valid as the original. I have received a copy of this authorization.

Claimant's Signature _____   Date Signed   8-7-2022

Print Name   Kimberly Russell   Relationship to Insured   mother

Witness Signature _____   Print Name _____

Doc type 11

1003705.2                                         Texas                        1001942 01-24-2022

Apx. 052

# Exhibit 5

August 30, 2022                                                          **09**

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re:    Insured:    Davion D'Angelo Smith
       Company:   State Farm Life Insurance Company
       Policy:    LF-4121-9372

Dear Kimberly Russell:

I am writing to let you know that we still need some information before we can complete the
processing of your claim.

Specifically, the documents we need to process this claim are as follows:

__ Revised Authorization- Please resubmit a witnessed copy of the enclosed authorization. Please
also add the insured's name to the top of the form.
__ Criminal records from Harris County Sheriff's Department: We are following up directly with the
sheriff's department for their records.

Please send the items to:

          State Farm Insurance
          Life Claims Department
          PO Box 2364
          Bloomington, IL 61702-2364
          Or you may fax to: (970) 395-5257

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us
at (877) 292-0398.

Sincerely,

State Farm Life Claims

Apx. 054

51cR2224202613WPSFPFHX Received 8/30/2022 9:03:27 AM [Central Daylight Time]

CC: Angel Henderson

Enclosure(s)

51cR2224202614WPSFPFHX Received 8/30/2022 9:03:27 AM [Central Daylight Time]

**≈StateFarm®**

**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Authorization
Countrywide

I authorize any source having medical or non-medical information about _____
to give to State Farm Life Insurance Company/State Farm Life and Accident Assurance Company, its contractors, reinsurers, or its representatives, all information available within the last ten (10) years unless otherwise restricted by state law as to health history, prescription history, diagnosis, treatment or prognosis with respect to any physical or mental condition (which include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases) employment history, consumer reports, and other insurance coverage. Medical sources include but not limited to any doctor, hospital, clinic, U.S. Veteran's Administration (VA) Hospital, mental health facility, Pharmacy Benefit Manager (PBM), pharmacy, or any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, or employer. Any information obtained will be used to determine eligibility for or continuance of insurance or the validity or truthfulness of any claim presented. State Farm Life Insurance Company/State Farm Life and Accident Assurance Company may release this information to its affiliates, their contractors, reinsurers, representatives, other insurance companies, for their use in connection with insurance transactions or as required by law. Information obtained pursuant to this Authorization may later be redisclosed and at that point may no longer be protected under federal law.

I understand I may revoke this Authorization by providing written revocation to State Farm Life Insurance Company/State Farm Life and Accident Assurance Company except to the extent that State Farm Life Insurance Company/State Farm Life and Accident Assurance Company has taken action in reliance on this Authorization.

I understand that I may refuse to sign this Authorization. However, doing so may result in a claim for benefits being denied.

This Authorization is valid for two (2) years from the date of signature and a photocopy is as valid as the original. I have received a copy of this authorization.

Claimant's Signature _____    Date Signed   8-7-2022
Print Name   Kimberly Russell    Relationship to Insured   mother

Witness Signature _____    Print Name _____

Doc type 11

*1003708.2*    Texas    1061040 01-24-2022

Apx. 056

# Exhibit 6

```
RF-PFHQ              10/11/2022 7:35:19 AM  PAGE   4/004  Fax Server
```

October 11, 2022                                                                **09**

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re:    Insured:    Davion D'Angelo Smith
       Company:   State Farm Life Insurance Company
       Policy:    LF-4121-9372

Dear Kimberly Russell:

I am writing to let you know that we still need some information before we can complete the processing of your claim.

Specifically, the documents we need to process this claim are as follows:

___ Criminal records from Harris County Sheriff's Department

Please send the items to:

       State Farm Insurance
       Life Claims Department
       PO Box 2364
       Bloomington, IL 61702-2364
       Or you may fax to: (970) 395-5257

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Sincerely,

State Farm Life Claims

CC: Angel Henderson

# Exhibit 7

December 2, 2022              **09**

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re: Insured: Davion D'Angelo Smith
  Company: State Farm Life Insurance Company
  Policy: LF-4121-9372

Dear Kimberly Russell:

I am writing to let you know that we still need some information before we can complete the processing of your claim.

Specifically, the documents we need to process this claim are as follows:

__ Criminal records from Harris County Sheriff's Department

We have requested this information directly from them.

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Sincerely,

State Farm Life Claims

CC: Angel Henderson

Apx. 060

# Exhibit 8

**StateFarm®**

December 2, 2022                                                          09

*I do not have Harris County records, please contact them and stop sending me these letters*

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re:     Insured:     Davion D'Angelo Smith
        Company:    State Farm Life Insurance Company
        Policy:      LF-4121-9372

*I provided a death certificate.*

Dear Kimberly Russell:

I am writing to let you know that we still need some information before we can complete the processing of your claim.

Specifically, the documents we need to process this claim are as follows:

__ Criminal records from Harris County Sheriff's Department

We have requested this information directly from them.

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Sincerely,

State Farm Life Claims

CC: Angel Henderson

Apx. 062

# Exhibit 9

RF-PFHX                1/3/2023 11:20:19 AM  PAGE   3/004    Fax Server

January 3, 2023                                                **09**

Jah'reem Barideaux
c/o Emma Barideaux
11045 ALBURY DR
HOUSTON, TX 77096-5706

Re:    Insured:    Davion D'Angelo Smith
       Company:   State Farm Life Insurance Company
       Policy:     LF-4121-9372

Dear Emma Barideaux:

I am writing to let you know that we still need some information before we can complete the processing of your claim. Please contact me directly at 614-775-7585 as we have been trying to reach you.

Specifically, the documents we need to process this claim are as follows:

___ Life Insurance Claim Form
___ Court Order - Guardian of Minor's Estate
___ Supplementary Contract Form

Please send the items to:

       State Farm Insurance
       Life Claims Department
       PO Box 2364
       Bloomington, IL 61702-2364
       Or you may fax to: (970) 395-5257

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

71cQ2300304629WPSFPFHP Received 1/3/2023 11:20:18 AM [Central Standard Time]

RF-PFHX                1/3/2023 11:20:19 AM  PAGE   4/004   Fax Server

Sincerely,

Stacy A Davis
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
614-775-7585

CC: Angel Henderson

# Exhibit 10

Case 4:24-cv-02862   Document 24-1   Filed on 06/27/25 in TXSD   Page 67 of 136

February 14, 2023                                                                                    **09**

Jah'reem Barideaux
c/o Emma Barideaux,
11045 ALBURY DR
HOUSTON, TX 77096-5706

Re:     Insured:      Davion D'Angelo Smith
        Company:    State Farm Life Insurance Company
        Policy:        LF-4121-9372

Dear Emma Barideaux:

I am writing to let you know that we still need some information before we can complete the processing of your claim. Please contact me directly at 614-775-7585 as we have been trying to reach you.

Specifically, the documents we need to process this claim are as follows:

__ Life Insurance Claim Form
__ Court Order - Guardian of Minor's Estate
__ Supplementary Contract Form, if proceeds desired when the minor reaches the age of majority

Please send the items to:

        State Farm Insurance
        Life Claims Department
        PO Box 2364
        Bloomington, IL 61702-2364
        Or you may fax to: (970) 395-5257

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Case 4:24-cv-02862   Document 24-1   Filed on 06/27/25 in TXSD   Page 68 of 136

Sincerely,

Stacy A Davis
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
614-775-7585

CC: Angel Henderson

**CERTIFIED**

Apx. 068

# Exhibit 11

March 17, 2023                                                                                          **09**


Jah'reem Barideaux
C/O Emma Barideaux
11045 Albury Dr
Houston, TX 77096-5706


Re:     Insured:      Davion D'Angelo Smith
        Company:      State Farm Life Insurance Company
        Policy:       LF-4121-9372

Dear Emma Barideaux:

I am writing to let you know that we still need some information before we can complete the
processing of your claim.

Specifically, the documents we need to process this claim are as follows:

__ Life Insurance Claim Form
__ Court Order - Guardian of Minor's Estate
__ Court Order – Letters of Guardianship
__ Supplementary Contract Form, if proceeds are desired when the minor reaches age of majority


Please send the items to:
        State Farm Insurance
        Life Claims Department
        PO Box 2364
        Bloomington, IL 61702-2364
        Or you may fax to: (970) 395-5257

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Sincerely,

Siara Vigil
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364


CC: Angel Henderson

Enclosures: Claim Form

# Exhibit 12

May 22, 2023

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re:    Insured:      Davion D'Angelo Smith
       Company:     State Farm Life Insurance Company
       Policy(ies):  LF-4121-9372

Dear Kimberly Russell:

The information necessary to evaluate your claim has been received and reviewed.

Before an insurance policy can be issued, it is necessary that a formal application for insurance be completed. The information contained in that application is very important in determining if a proposed insured is eligible for coverage.

When the application for Life Insurance was approved, a copy of the completed application was attached to and made a part of the policy. In this way, the application was available for review so that if there were any errors or omissions, the Company could be notified. We have included with this letter a copy of the application for Life Insurance dated January 7, 2022.

In the process of developing your claim, we learned the application did not include information about the insured's history of incarceration.

Our information indicates Davion Smith was incarcerated for felony possession of a weapon at the Texas Department of Criminal Justice from January 16, 2019 to December 21, 2021.

This information was not disclosed on the application and would have been material to our decision to issue the policy. Had we known of this information, this policy would not have been issued. Therefore, we are unable to approve your claim.

Our check for $92.13 has been sent to Frazier-Mitchell Funeral Service, Inc. This represents your portion of the full refund of premiums paid.

# Exhibit 13

June 23, 2023                                                                                    **09**

Kimberly Russell
6777 Sommerall Dr # 911
Houston, TX 77084

Re:     Insured:     Davion D'Angelo Smith
        Company:     State Farm Life Insurance Company
        Policy:      LF-4121-9372

Dear Kimberly Russell:

We have been unsuccessful in reaching the guardian of Jah'reem Barideaux regarding their portion of the return of premium on the above policy. Therefore, a check payable to you for $92.13 is enclosed. This represents the remaining refund of the premiums paid.

If you have any questions, please contact Angel Henderson at 832-300-1400 or you may contact us at (877) 292-0398.

Sincerely,

Siara Vigil
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364

CC: Angel Henderson

# Exhibit 14

October 16, 2023


Kimberly Russell
11925 JONES RD
Apt 3208
HOUSTON TX 77070-5193


Re:     Insured:          Davion D'Angelo Smith
        Company:         State Farm Life Insurance Company
        Policy:          LF-4121-9372
        Check            2402914630
        Number:

## NOTICE OF STOP PAYMENT AND FUNDS TREATED AS UNCASHED

Last month we sent you a letter asking you to either cash the check for $92.13 dated June 22, 2023. or let us know if you need a replacement check. We have not heard from you and the check has not been cashed.

If we do not hear from you by 10/30/2023, we will have to treat the money as unclaimed and place it into an unclaimed asset account. We will send you a replacement check if you request it.

If you have any questions, please contact us at (877) 292-0398.


Sincerely,

State Farm Life Claims

Certified

# Exhibit 15

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY RUSSELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-cv-02862** |
| | § | **JURY** |
| **STATE FARM LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF KEVIN MANN

THE STATE OF _IL_          §
                          §
COUNTY OF _McLean_        §

BEFORE ME, the undersigned authority, on this day personally appeared Kevin Mann, who being by me duly sworn upon his oath stated the following:

A.     My name is Kevin Mann. I am over the age of eighteen (18) years, and am fully competent to testify to the matters stated in this Affidavit. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude. I have personal knowledge of the facts and statements contained in this Affidavit, and each of them is true and correct. Before making this Affidavit, I reviewed and became personally familiar with the Bates ranges of documents set forth below.

B.     I am a custodian of records for State Farm. I am familiar with the manner in which documents are maintained by State Farm in the normal course of State Farm's business. I am in all respects qualified and competent to testify under oath to the facts stated herein. I am authorized by State Farm to submit this Affidavit.

C.     The attached documents that comprise Bates labels "RUSSELL- SFLIC: 001 - 039" is the complete copy of the insurance policy, policy number LF-4121-9372 issued by State Farm Life Insurance Company to Davion D'Angelo Smith for the policy period beginning on January 7, 2022.

D.     The insurance policy attached as "RUSSELL - SFLIC: 001 - 039 are business records relating to policy number LF-4121-9372 and are kept by State Farm in the regular

1

course of business. This document is made by, or from information transmitted by, persons with knowledge of the events or conditions recorded in "RUSSELL - SFLIC: 001 - 039" and were made on the date and time recorded on the documents, and at nor near the time of the events and conditions recorded. It is the regular course of business of State Farm to make and to retain documents such as the one attached as "RUSSELL - SFLIC: 001 - 039."

E.    On January 7, 2022, Davion Smith and Kimberly Russell applied for a life insurance policy with State Farm. In this application, Mr. Smith and Ms. Russell answered "No" to the question asking if Davion Smith had was a felon and/or been incarcerated in the three-year period of time before the date of the application. I now know this answer was false. Whether a proposed insured had been found guilty of a felony and/or had been incarcerated for the commission of a felony within three years of the date of the application is a material fact that adversely affects the consideration by State Farm on whether to issue a life insurance policy. Had this information been brought to State Farm's attention in the application, State Farm would not have issued the life insurance policy. Information about incarceration adversely affects the risks involved in issuing a life insurance policy.


_____
KEVIN MANN

    SUBSCRIBED AND SWORN TO BEFORE ME on the ___7th___ day of February, 2025, to certify which witness my hand and official seal.


_____
Notary Public in and for the
State of _Illinois_

My Commission Expires:
_5/22/2025_

OFFICIAL SEAL
JENNIFER A. REDD
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires May 22, 2025

2

# STATE FARM LIFE INSURANCE COMPANY
## HOME OFFICE, 1 STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710



| | |
|---|---|
| Insured | DAVION D'ANGELO SMITH (Male) |
| Age | 25 |
| Policy Number | LF-4121-9372 |
| Policy Date | January 7, 2022 |
| Basic Plan Amount | $100,000 |
| Total Initial Amount | Re-Issued As Requested |

This policy is based on the information You provided in Your Application and payment of premiums to the Policy Anniversary shown under Premiums Payable on page 3 while the insured lives. The Basic Plan provides level term life insurance to the Policy Anniversary when the insured is age 95. State Farm Life Insurance Company will pay the proceeds to the Beneficiary after We receive due proof of the insured's death.

**Right to Examine this Policy**
This policy may be returned within 30 calendar days of its receipt for a refund of all premiums paid. However, if You indicated on the Application that this policy will replace another life insurance or annuity policy, You may have a longer period to return it, depending on the state law where this policy is delivered. You may return this policy to State Farm Life Insurance Company or one of Our agents. If returned, this policy will be void from the Policy Date.

**Please Read this Policy with Care**
This policy is a legal contract between You and State Farm Life Insurance Company. If You have questions about this policy, Your agent is available to help You. You can also contact Us at (855) 534-0228 or statefarm.com®.

_Michael L. Tipsord_
President

_Lynne M. Yowell_
Secretary

---

### BASIC PLAN DESCRIPTION

This Basic Plan is an indeterminate premium level term life insurance policy to age 95, which is convertible to the later of age 75 or the end of the fifth Policy Year. Insurance is payable when the insured dies. Premiums are payable for the term of insurance. The Basic Plan is eligible for annual dividends.

---

# CONTENTS

**PAGE**

Policy Schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     3

Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     5
      Policy Owner
      Successor Owner
      Assignment

Death Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     5
      Payment of Proceeds
      Incontestability
      Limited Death Benefit

Beneficiary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7
      Beneficiary Designation
      Beneficiary Change

Payment of Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7
      Paying the Premium
      Premium Due Date
      Grace Period
      Unpaid Premiums
      Reinstatement

Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9

Dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9
      Annual Dividends
      Dividend Options

General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10
      Contract Details
      Contract Changes
      Termination
      Conformity with Interstate Insurance Product Regulation Commission Standards

Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11
      Defined terms are capitalized throughout this document to indicate items that have the specific
      meanings in the Definitions section beginning on page 11.

The Important Information page follows page 2. The Application and any riders and endorsements follow page 12.

RUSSELL - SFL000062

## HAVE A COMPLAINT OR NEED HELP?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

### State Farm Life Insurance Company

To get information or file a complaint with us or HMO:

**Call toll free: 1-877-543-3619**

Email: home.lh-complaints.256o16@statefarm.com

Mail: 1 State Farm Plaza, Bloomington, IL 61710

### The Texas Department of Insurance

To get help with an insurance question or file a complaint with the state:

Call with a question: 1-800-252-3439

File a complaint: www.tdi.texas.gov

Email: ConsumerProtection@tdi.texas.gov

Mail: MC: CO-CP, P.O. Box 12030,
Austin, TX 78711-2030

## ¿TIENE UNA QUEJA O NECESITA AYUDA?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aunque usted presente una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

### State Farm Life Insurance Company

Para obtener información o para presentar una queja ante su compañía de seguros o HMO:

**Llame gratis al: 1-877-543-3619**

Correo electrónico: home.lh-complaints.256o16@statefarm.com

Dirección postal: 1 State Farm Plaza, Bloomington, IL 61710

### El Departamento de Seguros de Texas

Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:

Llame con sus preguntas al: 1-800-252-3439

Presente una queja en: www.tdi.texas.gov

Correo electrónico: ConsumerProtection@tdi.texas.gov

Dirección postal : MC: CO-CP, P.O. Box 12030,
Austin, TX 78711-2030

## IMPORTANT INFORMATION

In the event You need to contact someone about this Policy for any reason, please contact Your State Farm agent. If You have additional questions, You may contact Us at statefarm.com® or the phone number shown on page 1.

If You have been unable to contact or obtain satisfaction from Your State Farm agent or Us, You may contact the insurance supervisory official where this Policy was issued. The phone numbers are shown below:

| | | | | | |
|---|---|---|---|---|---|
| **Alabama** | 334-269-3550 | **Maine** | 207-624-8475 | **Oklahoma** | 405-521-2828 |
| **Alaska** | 907-269-7900 | **Maryland** | 410-468-2090 | **Oregon** | 503-947-7984 |
| **Arizona** | 602-364-2499 | **Massachusetts** | 617-521-7794 | **Pennsylvania** | 717-787-2317 |
| **Arkansas** | 501-371-2600 | **Michigan** | 877-999-6442 | **Puerto Rico** | 787-304-8686 |
| **Colorado** | 303-894-7499 | **Minnesota** | 651-539-1500 | **Rhode Island** | 401-462-9520 |
| **Connecticut** | 860-297-3800 | **Mississippi** | 800-562-2957 | **South Carolina** | 803-737-6180 |
| **Georgia** | 404-656-2056 | **Missouri** | 573-751-3365 | **Tennessee** | 615-741-2241 |
| **Hawaii** | 808-586-2790 | **Montana** | 406-444-2040 | **Texas** | 800-252-3439 |
| **Idaho** | 208-334-4250 | **Nebraska** | 402-471-2201 | **Utah** | 801-538-3800 |
| **Illinois** | 217-782-4515 | **Nevada** | 775-687-0700 | **Vermont** | 802-828-3301 |
| **Indiana** | 317-232-2385 | **New Hampshire** | 603-271-2261 | **Virginia** | 804-371-9741 |
| **Iowa** | 515-281-5705 | **New Jersey** | 609-292-7272 | **Washington** | 360-725-7000 |
| **Kansas** | 785-296-3071 | **New Mexico** | 505-827-4601 | **West Virginia** | 304-558-3354 |
| **Kentucky** | 502-564-3630 | **North Carolina** | 855-408-1212 | **Wisconsin** | 608-266-3585 |
| **Louisiana** | 800-259-5300 | **Ohio** | 614-644-2658 | **Wyoming** | 307-777-7401 |

When contacting Your State Farm agent, Us, or the insurance supervisory official, please have the Policy Number for this Policy available.

ICC16 17904                                                                                      20161101

## POLICY IDENTIFICATION

| | | | |
|---|---|---|---|
| Insured | DAVION D'ANGELO SMITH (Male) | Age | 25 |
| Policy Number | LF-4121-9372 | Basic Plan Amount | Re-issued As Requested |
| Policy Date | January 7, 2022 | | |
| Issue Date | January 24, 2022 | | |

## SCHEDULE OF BENEFITS

| Form | Description | Initial Amount | Benefit Period Ends | Annual Premium | Premiums Payable |
|---|---|---|---|---|---|
| 17020 | Basic Plan | $100,000 | In 2092 | $253.00* | To 2052* |

Adjustable Premium Level Term to Age 95
*Subsequent premiums included below.
Class of Risk: Standard Male Non-Tobacco
Initial Premium Guarantee Period:  30 Years

See payment of premiums provision on page 7 for Basic Plan premiums after the Initial Premium Guarantee Period.

| Form | Description | Initial Amount | Benefit Period Ends | Annual Premium | Premiums Payable |
|---|---|---|---|---|---|
| 17140 | Children's Term Insurance | $20,000 | In 2062 | $100.00 | To 2062 |

## SCHEDULE OF PREMIUMS

The Basic Plan premiums are included below.  Monthly premiums must be paid under one of the monthly payment plans made available.

| Beginning | Annual | Monthly |
|---|---|---|
| January 7, 2022 | $353.00 | $30.71 |
| January 7, 2023 | 353.00 | 30.71 |
| January 7, 2024 | 353.00 | 30.71 |
| January 7, 2025 | 353.00 | 30.71 |
| January 7, 2026 | 353.00 | 30.71 |
| January 7, 2027 | 353.00 | 30.71 |
| January 7, 2028 | 353.00 | 30.71 |
| January 7, 2029 | 353.00 | 30.71 |
| January 7, 2030 | 353.00 | 30.71 |
| January 7, 2031 | 353.00 | 30.71 |
| January 7, 2032 | 353.00 | 30.71 |

RUSSELL - SFLAC 005

## SCHEDULE OF PREMIUMS

Continuation of Page 3

| Beginning | Annual | Monthly |
|---|---|---|
| January 7, 2033 | 353.00 | 30.71 |
| January 7, 2034 | 353.00 | 30.71 |
| January 7, 2035 | 353.00 | 30.71 |
| January 7, 2036 | 353.00 | 30.71 |
| January 7, 2037 | 353.00 | 30.71 |
| January 7, 2038 | 353.00 | 30.71 |
| January 7, 2039 | 353.00 | 30.71 |
| January 7, 2040 | 353.00 | 30.71 |
| January 7, 2041 | 353.00 | 30.71 |
| January 7, 2042 | 353.00 | 30.71 |
| January 7, 2043 | 353.00 | 30.71 |
| January 7, 2044 | 353.00 | 30.71 |
| January 7, 2045 | 353.00 | 30.71 |
| January 7, 2046 | 353.00 | 30.71 |
| January 7, 2047 | 353.00 | 30.71 |
| January 7, 2048 | 353.00 | 30.71 |
| January 7, 2049 | 353.00 | 30.71 |
| January 7, 2050 | 353.00 | 30.71 |
| January 7, 2051 | 353.00 | 30.71 |
| January 7, 2052 | 1,578.00 | 137.29 |
| January 7, 2053 | 1,670.00 | 145.29 |
| January 7, 2054 | 1,766.00 | 153.64 |
| January 7, 2055 | 1,870.00 | 162.69 |
| January 7, 2056 | 1,998.00 | 173.83 |
| January 7, 2057 | 2,158.00 | 187.75 |
| January 7, 2058 | 2,370.00 | 206.19 |
| January 7, 2059 | 2,614.00 | 227.42 |
| January 7, 2060 | 2,894.00 | 251.78 |
| January 7, 2061 | 3,198.00 | 278.23 |
| January 7, 2062 | 3,426.00 | 298.06 |
| January 7, 2063 | 3,774.00 | 328.34 |
| January 7, 2064 | 4,158.00 | 361.75 |
| January 7, 2065 | 4,586.00 | 398.98 |
| January 7, 2066 | 5,082.00 | 442.13 |
| January 7, 2067 | 5,670.00 | 493.29 |
| January 7, 2068 | 6,366.00 | 553.84 |
| January 7, 2069 | 7,186.00 | 625.18 |
| January 7, 2070 | 8,130.00 | 707.31 |
| January 7, 2071 | 9,198.00 | 800.23 |
| January 7, 2072 | 10,374.00 | 902.54 |
| January 7, 2073 | 11,666.00 | 1,014.94 |
| January 7, 2074 | 13,094.00 | 1,139.18 |
| January 7, 2075 | 14,698.00 | 1,278.73 |
| January 7, 2076 | 16,538.00 | 1,438.81 |
| January 7, 2077 | 18,674.00 | 1,624.64 |
| January 7, 2078 | 21,114.00 | 1,836.92 |
| January 7, 2079 | 23,906.00 | 2,079.82 |
| January 7, 2080 | 27,142.00 | 2,361.35 |
| January 7, 2081 | 30,902.00 | 2,688.47 |
| January 7, 2082 | 35,258.00 | 3,067.45 |

## SCHEDULE OF PREMIUMS

Continuation of Page 3

| Beginning | Annual | Monthly |
|-----------|--------|---------|
| January 7, 2083 | 40,278.00 | 3,504.19 |
| January 7, 2084 | 45,998.00 | 4,001.83 |
| January 7, 2085 | 52,330.00 | 4,552.71 |
| January 7, 2086 | 59,138.00 | 5,145.01 |
| January 7, 2087 | 66,266.00 | 5,765.14 |
| January 7, 2088 | 73,494.00 | 6,393.98 |
| January 7, 2089 | 80,686.00 | 7,019.68 |
| January 7, 2090 | 87,642.00 | 7,624.85 |
| January 7, 2091 | 94,034.00 | 8,166.66 |

If the premium paid is not the annual premium, the total amount of premium due each year is greater than the annual premium. Premiums other than the annual premium are increased to reflect the time value of money. The premiums shown above include a policy fee. The policy fee for the annual premium is $70.00, and the policy fee for the monthly premium is $6.09.

## ANNUAL DIVIDENDS

This policy is eligible for annual dividends; however, We don't expect to pay dividends on this policy. Dividends are not guaranteed. The minimum dividend accumulation interest rate is 1 percent per year. See the dividends provision on page 9 of this policy.

RUSSELL - SFL Ex. 007

## SCHEDULE OF INSURANCE

- Insurance Amount  -

| On Insured | Jan 7, |
|---|---|
| $100,000 | 2022 |
| 100,000 | 2023 |
| 100,000 | 2024 |
| 100,000 | 2025 |
| 100,000 | 2026 |
| 100,000 | 2027 |
| 100,000 | 2028 |
| 100,000 | 2029 |
| 100,000 | 2030 |
| 100,000 | 2031 |
| 100,000 | 2032 |
| 100,000 | 2033 |
| 100,000 | 2034 |
| 100,000 | 2035 |
| 100,000 | 2036 |
| 100,000 | 2037 |
| 100,000 | 2038 |
| 100,000 | 2039 |
| 100,000 | 2040 |
| 100,000 | 2041 |
| 100,000 | 2042 |
| 100,000 | 2043 |
| 100,000 | 2044 |
| 100,000 | 2045 |
| 100,000 | 2046 |
| 100,000 | 2047 |
| 100,000 | 2048 |
| 100,000 | 2049 |
| 100,000 | 2050 |
| 100,000 | 2051 |
| 100,000 | 2052 |
| 100,000 | 2053 |
| 100,000 | 2054 |
| 100,000 | 2055 |
| 100,000 | 2056 |
| 100,000 | 2057 |
| 100,000 | 2058 |
| 100,000 | 2059 |
| 100,000 | 2060 |

ICC18 17020(S30)                                              20220525

RUSSELL - SFL Ax. 008

## SCHEDULE OF INSURANCE

Continuation of Page 4

- Insurance Amount  -

| On Insured | Jan 7, |
|---|---|
| 100,000 | 2061 |
| 100,000 | 2062 |
| 100,000 | 2063 |
| 100,000 | 2064 |
| 100,000 | 2065 |
| 100,000 | 2066 |
| 100,000 | 2067 |
| 100,000 | 2068 |
| 100,000 | 2069 |
| 100,000 | 2070 |
| 100,000 | 2071 |
| 100,000 | 2072 |
| 100,000 | 2073 |
| 100,000 | 2074 |
| 100,000 | 2075 |
| 100,000 | 2076 |
| 100,000 | 2077 |
| 100,000 | 2078 |
| 100,000 | 2079 |
| 100,000 | 2080 |
| 100,000 | 2081 |
| 100,000 | 2082 |
| 100,000 | 2083 |
| 100,000 | 2084 |
| 100,000 | 2085 |
| 100,000 | 2086 |
| 100,000 | 2087 |
| 100,000 | 2088 |
| 100,000 | 2089 |
| 100,000 | 2090 |
| 100,000 | 2091 |
|  | 2092 |

$20,000 on each
Eligible Child

Any paid-up cash values for Children's Term Life Insurance Benefit Rider are based on each Eligible Child's age last birthday and sex.  The 2017 Commissioners Standard Ordinary Composite Sex Distinct ALB Ultimate Mortality Table and 3.75 percent interest per year apply.

RUSSELL - SFLAC 009

# Ownership

### Policy Owner

The owner is named in the Application, unless changed.

The owner may exercise any provision of this policy by request while the insured is alive, subject to the rights of any irrevocable Beneficiary and any assignee that We have on record.

You may change the owner by request while the insured is alive and the policy is in force. All assignees and irrevocable Beneficiaries must agree to any ownership change. The change takes effect on the date You sign the request or any later date You specify in Your request. This change won't affect any action We have taken before We receive the request. A change of owner doesn't change the Beneficiary designation.

### Successor Owner

The successor owner will become the owner if You die while this policy is in force. A successor owner may be named in the Application, named later by request, or changed later by request. You may change the successor owner while the insured is alive and the policy is in force. All assignees and irrevocable Beneficiaries must agree to any successor ownership change. The change takes effect on the date You sign the request or any later date You specify in Your request. This change won't affect any action We have taken before We receive the request. A change of successor owner doesn't change the Beneficiary designation.

### Assignment

You may assign this policy or any interest in it. We will recognize an assignment only if it is in writing and filed with Us. We aren't responsible for the validity or effect of any assignment. An assignment may limit the interest of any Beneficiary. Unless You specify otherwise, the assignment will take effect the date You sign the notice, subject to any payments made or actions taken by Us prior to receipt of this notice.

# Death Benefits

### Payment of Proceeds

The proceeds consist of the Insurance Amount payable under the Basic Plan:

    (1)   plus any Dividend Credits and any dividend payable at the insured's death;
    (2)   plus the Insurance Amount payable under any rider on the insured;
    (3)   plus any premium paid for coverage beyond the insured's date of death; and
    (4)   less any part of a premium due.

We will pay the proceeds in one sum, unless We agree to another method. If We agree to another method, payment intervals will be measured from the date of the insured's death. If the Beneficiary isn't a natural person, We will pay the proceeds in one sum.

## Death Benefits – continued

If We pay the proceeds in one sum, interest will be paid from the date of the insured's death to the date of payment. The interest rate will be the greater of 2 percent per year or the interest rate applicable to proceeds left on deposit with Us.

To receive payment of the proceeds, We must receive notification of claim, due proof of the insured's death, and other items and information necessary for Us to comply with laws and regulations related to payment of the claim or administration of the business of insurance. Due proof of the insured's death is evidence that is satisfactory to Us:

    (1)   to verify the insured's death;

    (2)   to establish the date of the insured's death; and

    (3)   to permit Us to determine if proceeds are payable.

Additional interest at the rate of 10 percent per year will be added to the proceeds if the payment is delayed more than 31 calendar days after the latest of the following:

    (1)   the date We receive due proof of the insured's death;

    (2)   the date We receive sufficient information to determine Our liability, the extent of the liability, and the appropriate payee legally entitled to the proceeds; and

    (3)   the date legal impediments to payment of the proceeds that depend on the action of parties other than Us are resolved and sufficient evidence of the same is provided to Us. Legal impediments to payment include, but are not limited to (a) the establishment of guardianships and conservatorships; (b) the appointment and qualification of trustees, executors and administrators; and (c) the submission of information required to satisfy state and federal reporting requirements.

### Incontestability

Except for nonpayment of premiums, We won't contest the Basic Plan after it has been in force during the insured's lifetime for two (2) years from the Policy Date. Except for nonpayment of premiums, We won't contest any reinstatement after it has been in force during the insured's lifetime for two (2) years from the Effective Date of the reinstatement. Any contest will be based on statements made in the Application that are material to the risk or the hazard assumed by Us.

Any rider has its own incontestability provision.

### Limited Death Benefit

If the insured dies by suicide while sane or self-destruction while insane before the policy has been in force for two (2) years from the Policy Date, the Basic Plan Amount won't be paid. In this case, the proceeds will be limited to the premiums You paid on the Basic Plan less any dividends paid on the Basic Plan.

The two (2) year limited death benefit period starts over if the policy is reinstated. We will use the Effective Date of the reinstatement to set the limited death benefit period. In this case, the proceeds will be limited to the premiums You paid on the Basic Plan since the date of reinstatement less any dividends paid on the Basic Plan.

Any rider has its own limited death benefit provision.

RUSSELL - SFL Ex. 091

## Beneficiary

### Beneficiary Designation

The Beneficiary is shown in the Application, unless You have made a change by request. You may name a person or entity approved by Us as a Beneficiary. If You name "children" of a person as a Beneficiary, only children born to or legally adopted by that person will be included. If You name "estate" as a Beneficiary, We will interpret that designation to mean "estate of the insured". We may rely on affidavits to verify the ages, names, and other facts about all Beneficiaries. We will incur no liability if We act on such affidavits.

We will pay the proceeds to the primary Beneficiaries who are living at the time of payment. If the last primary Beneficiary dies, We will pay the proceeds to the successor Beneficiaries who are living at the time of payment. If there are multiple primary Beneficiaries, We will pay the proceeds in equal shares, unless You specify otherwise. If there are multiple successor Beneficiaries, We will pay the proceeds in equal shares, unless You specify otherwise.

If no Beneficiary is living, We will pay the proceeds to You in one sum, if You are living at the time of payment. Otherwise, We will pay the proceeds in one sum to the estate of the last survivor of You and all Beneficiaries.

You may change this order of payment by request while the insured is alive.

### Beneficiary Change

You have the right to change a Beneficiary by request while the insured is alive and this policy is in force. The change takes effect on the date You sign the request, or any later date You specify in Your request. Any actions We take prior to Our receipt of this request aren't affected by the change. To change a named irrevocable Beneficiary, the request must include a signed statement from the irrevocable Beneficiary who is being changed, indicating that the irrevocable Beneficiary agrees to the change.

## Payment of Premiums

### Paying the Premium

The Basic Plan premium is shown on page 3 of this policy. Before each Policy Anniversary, We will send You a notice showing the Basic Plan premium due for that Policy Year.

You may pay premiums to Our Home Office or to one of Our agents. We will give You a receipt signed by one of Our Officers if You request one.

### Premium Due Date

The Initial Payment is due on the Policy Date. Coverage doesn't begin until We receive Your Initial Payment. All other premiums are payable on or before their due dates, which will be the first day of each payment period. A payment period may be one (1) month or twelve (12) months, and will start on the same day of the month as the Policy Date. Regardless of the payment period You select, Your premium is due at the start of each payment period. These premium amounts can be found on page 3 of this policy.

# Payment of Premiums - continued

If Your due date doesn't appear in a given month (for example, the 31st doesn't appear in February), the due date will be the last day of that same month. You may change Your payment period on any due date by paying the premium for the new period You have selected unless premiums are being waived. Premiums are payable until the Policy Anniversary of the year shown under Premiums Payable on page 3 of this policy.

The Basic Plan premium will be level until the end of the Initial Premium Guarantee Period shown on page 3 of this policy. After the Initial Premium Guarantee Period, the Basic Plan premium will increase each Policy Year. Before each Policy Anniversary, We will send You a notice showing the Basic Plan premium for that Policy Year.

After the Initial Premium Guarantee Period, the Basic Plan premiums can be adjusted based on projected changes in investment earnings, mortality, persistency, and expenses. However, they will be the same for all policies of the same age, sex, duration, and Class of Risk, regardless of any change in the insured's insurability. The Basic Plan premium can't be greater than the Basic Plan premium shown on page 3 of this policy. If applicable, any rider has its own premium adjustment terms.

## Grace Period

Except for the first premium, You have a 31 calendar day grace period for the payment of premium after the due date. During this grace period, the policy benefits continue. We will consider Your premium paid if it was postmarked by U.S. mail before the end of the grace period.

If the insured dies during a grace period, any premium due will be paid from the proceeds.

## Unpaid Premiums

If requested, dividend accumulations will be used to pay any unpaid premium at the end of the grace period. If a balance remains after dividend accumulations have been used, that balance will be due the day after the end of the partial payment period. A new grace period will be allowed for the payment of this unpaid balance.

We will send You a notice if dividend accumulations are used to pay part of any premium. If You don't want the dividend accumulations used to pay premiums, You may cancel this option at any time. If You cancel within 90 calendar days after the premium due date, any dividend accumulations will be recredited. This cancellation will take effect as of the premium due date.

If any premium is unpaid at the end of the grace period and that premium can't be paid with dividend accumulations, the policy will lapse and coverage will end as of the due date of any unpaid premium.

## Reinstatement

You may apply to reinstate this policy within five (5) years after lapse.

You must give Us proof of the insured's insurability that is satisfactory to Us. You must pay all unpaid premiums with compound interest from their due dates. The interest rate is 6 percent per year. Reinstatement will take effect on the date that We approve the insured's insurability and payment is received.

RUSSELL - SFLAC - 093

## Conversion

You may convert this policy to a new policy on the insured by request. If You do, We won't require You to provide new evidence of insurability. Any conversion is subject to the following:

(1)   this policy must be in force;
(2)   the conversion must occur on or before the later of the Policy Anniversary when the insured is age 75 or the fifth Policy Anniversary; and
(3)   Your request must include the first premium for the new policy.

The new policy becomes effective when We receive Your request. Coverage under this policy will end when the new policy becomes effective. Any premium paid for coverage on this policy beyond the Effective Date of the conversion will be returned to You.

The new policy will be subject to the following conditions at the time of conversion:

(1)   It must be a whole life plan that We make available for exercising this option.
(2)   The amount of insurance can't be greater than the Basic Plan Amount shown on page 3 of this policy.
(3)   The premium will be based on the insured's attained age, sex, and the Class of Risk shown on page 3 of this policy. If this policy qualifies for a preferred rating and conversion takes place during the Initial Premium Guarantee Period, the premium on the new policy may also qualify for the preferred rating shown on page 3. The conversion amount must meet the minimum amount of insurance required by Us to qualify for that preferred rating. If that preferred rating is no longer available, We will use the most comparable rating available as determined by Us.
(4)   All limitations of this policy will be part of the new policy. Any limitations that We place on plans then available will be part of the new policy.
(5)   The incontestability and limited death benefit provisions of the new policy will not extend beyond the period set by this policy.

If You convert this policy according to this provision, You may be eligible for a conversion credit. To be eligible, the conversion must take place within five (5) years from the Policy Date. The amount of the conversion credit is the actual premium paid during the twelve (12) months prior to the conversion for the amount of coverage converted. The conversion credit will be prorated for coverage that has not been in force for the full twelve (12) months prior to the conversion. The conversion credit will be applied to the premium due on Your new policy. The conversion credit will not be paid in cash. No refund will be given for the conversion credit if the right to examine this policy provision is exercised on the new policy.

## Dividends

### Annual Dividends

We may apportion and pay dividends; however, We don't expect to pay dividends on this policy. Each year Our Board of Directors will decide the amount and appropriate allocation of any divisible surplus. If We pay dividends, they will only be paid at the end of the Policy Year. There is no partial or prorated dividend prior to the end of a Policy Year, unless the insured dies. Dividends won't be paid if all premiums due haven't been paid.

## Dividends - continued

### Dividend Options

You may choose one (1) of these dividend options on the Application or by request:

(1) Premium Payment - We will apply the dividend toward premiums due.
(2) Dividend Accumulation - We will hold the dividend, and it will accrue interest. Your interest rate will never be less than the interest rate shown on page 3 of this policy. Interest will be paid only at the end of the Policy Year. The dividend accumulation plus interest to the date of the insured's death will be part of the proceeds. The dividend accumulation will be paid to You when this policy terminates. You may withdraw all or part of the dividend accumulation at any time. You will only earn interest on the portion of the dividend accumulations that are with Us for an entire Policy Year.
(3) Cash - We will pay the dividend to You in cash.

If You don't choose a dividend option or the dividend option chosen isn't available, We will use the dividend accumulations option. You may change the dividend option by request. The change will only apply to dividends paid after We receive Your request.

We may pay a dividend when the insured dies. This dividend will be a partial or prorated amount based on the period from the start of a Policy Year to the date of the insured's death.

# General

### Contract Details

This policy is made up of the Basic Plan, which is all of the terms and provisions enclosed in this document, plus any amendments, endorsements, riders, and a copy of the Application. This policy is the entire contract.

We relied on the statements in the Application when issuing this policy. We reserve the right to investigate those statements. In the absence of fraud, those statements are representations and not warranties. We will only use statements in the Application to rescind this policy or deny a claim within the time period specified in the incontestability provision.

If the date of birth or sex of the insured isn't as stated in the Application, We will adjust each benefit on the insured to be what the most recent premium paid would have bought at the correct age and sex. Such adjustment will be based on the premium rates in effect on the Issue Date of the benefit.

Any money that We pay or that is paid to Us must be in United States dollars ($).

We must receive all requests in writing with Your signature. You must use Our request form or include all the information required by Our request form.

RUSSELL - SFLAC. 095

## General - continued

**Contract Changes**

From time to time, the United States Internal Revenue Code (IRC) may change the requirements for a policy to qualify as a life insurance contract under any section of the IRC, or regulation or ruling of the Internal Revenue Service. In that instance, We may change this policy to meet the IRC requirements after We notify You. If We change this policy, We will send You an endorsement to be placed with this policy. That endorsement is subject to regulatory approval.

You may add available benefits or riders, or remove existing benefits or riders, subject to conditions and underwriting requirements set by Us at the time of the request.

Only an Officer has the authority to change this policy. Agents don't have authority to change this policy or waive any of its terms. All endorsements, amendments, and riders must be signed by an Officer.

**Termination**

This Policy will terminate and coverage will end on the Policy Anniversary when the Insured is age 95, or before that date when:

(1)    this policy is converted; or
(2)    this policy lapses.

You may terminate this Policy at any time by request. The termination takes effect on the later of the date We receive the request, or any other date You specify in Your request. If You paid for coverage beyond the termination date, We will return the excess premium to You.

**Conformity with Interstate Insurance Product Regulation Commission Standards**

This policy was approved under the authority of the Interstate Insurance Product Regulation Commission and issued under the Commission standards. Any provision in this policy that on the provision's effective date is in conflict with the applicable Interstate Insurance Product Regulation Commission standards for this product type in effect as of the provision's effective date of Commission policy approval is hereby amended to conform to the applicable Interstate Insurance Product Regulation Commission standards in effect as of the provision's effective date of Commission policy approval.

## Definitions

**Application:** This includes any life insurance Application, medical history, questionnaire, and other documents from You or any other person proposed for insurance, which are made a part of this policy.

**Basic Plan Amount:** The amount of life insurance provided by the Basic Plan for the insured. This amount is shown on pages 1 and 3 of this policy.

**Beneficiary:** These are people or entities designated to receive proceeds after the insured's death.

# Definitions - continued

**Benefit Period Ends:** The coverage for the benefit extends to, but doesn't include, the Policy Anniversary in the year shown on page 3 of this policy.

**Class of Risk:** The underwriting class of the insured. This is shown on page 3 of this policy.

**Dividend Credits:** Any dividend accumulation or any current dividend under the premium payment or dividend accumulation options.

**Effective Date:** The date that any coverage starts.

**Initial Amount:** The amount of coverage on the Effective Date of each benefit shown on page 3 of this policy.

**Initial Payment:** This is the amount You must pay before this policy becomes effective. The amount is shown on page 3 of this policy.

**Initial Premium Guarantee Period:** The period in which premiums are guaranteed to be level and won't increase. This is shown on page 3 of this policy.

**Insurance Amount:** The amount of life insurance provided by the Basic Plan and any rider on the Policy Anniversary dates shown on page 4 of this policy.

**Issue Date:** The date We issue Your policy, following the review of Your Application and determination of the insured's eligibility. This date is shown on page 3 of this policy.

**Officer:** Officers of the company are the president, a vice president, the secretary, or an assistant secretary of State Farm Life Insurance Company.

**Policy Anniversary:** The anniversary of the Policy Date.

**Policy Date:** This is the initial Effective Date of this policy. You can find the Policy Date on pages 1 and 3 of this policy.

**Policy Year:** Each one-year period, starting on the Policy Date.

**Total Initial Amount:** The amount of life insurance on the insured provided by the Basic Plan and any rider as of the Policy Date. This amount is shown on pages 1 and 3 of this policy.

**We, Us,** and **Our:** These refer to State Farm Life Insurance Company.

**You and Your:** These refer to the owner of the policy.

RUSSELL - SFLIC - 097

# CHILDREN'S TERM LIFE INSURANCE BENEFIT RIDER

**Children's Term Life Insurance Benefit Rider Details**

The Children's Term Life Insurance Benefit Rider provides temporary insurance for each Eligible Child of the insured.

This rider is part of this policy. We issued this rider based on the information You provided in Your Application. This rider will remain in effect while the insured is alive, and is contingent upon payment of the premiums. The premiums for this rider are shown on page 3 of this policy. Only certain policy provisions are a part of this rider. They are Ownership, Death Benefits, Beneficiary, Payment of Premiums, Dividends, Contract Details, Contract Changes, and Definitions. Ownership is modified by Ownership Modification. "Each Eligible Child" is used in place of "insured" in the reinstatement provision when it applies to this rider. If any provision of this rider conflicts with a provision in the policy, the provision from this rider will apply. This Rider does not increase the Cash Value or Loan Value of this Policy.

**Effective Date of Coverage**

The Effective Date is the date any coverage starts. It is the same as the Policy Date of this policy unless a different date for this rider is shown on page 3 of this policy.

**Definition of an Eligible Child**

An Eligible Child Includes:
  (1)  any child of the insured, any stepchild of the insured, or legally adopted child of the insured named on the Application and approved by Us, who is under age 18 on the Effective Date of this rider;
  (2)  any child of the insured that is born after the Effective Date of this rider;
  (3)  any child who becomes a stepchild of the insured while under age 18 after the Effective Date of this rider; or
  (4)  any child who is legally adopted by the insured while under age 18 after the Effective Date of this rider.

**Payment of the Benefit**

We will pay the Initial Amount, shown on page 3 of this policy, when We receive due proof that an Eligible Child, who is at least 15 days old, dies before this rider terminates and before the insurance on the child terminates.

We will pay You the benefit when an Eligible Child dies, if You are living at the time of payment. Otherwise, We will pay the benefit to the Eligible Child's estate. We will pay the benefit in equal shares if more than one owner is living at that time. You have the right to change a Beneficiary by request while this rider is in force.

We will pay the benefit in one sum, unless We agree to another method.

**Ownership Modification**

If the insured is the owner, each Eligible Child under age 25 will become joint owners of this rider when the insured dies.

20170801

## CHILDREN'S TERM LIFE INSURANCE BENEFIT RIDER - Continued

**Paid-up Rider**

If the insured dies while this rider is in force, other than as extended term insurance, even if the death results from suicide while sane or self-destruction while insane, the rider benefit becomes paid-up.

The paid-up rider has Cash Values. If requested, We will provide a table of Cash Values once the rider is paid-up. The Cash Values are at least as large as the minimum values required by law where this rider is delivered. The Cash Value is calculated based on the Eligible Child's age last birthday. The computation assumes that claims are paid immediately. Page 4 shows the interest rate and the mortality table that We use. Cash Values will not decrease during the 31 calendar days after a Policy Anniversary.

The paid-up rider may be surrendered at any time by request. All coverage will cease when We receive the request or any future date that You specify in Your request. We will pay the Cash Value in one sum.

The paid-up rider has no loan value, and no dividends will be paid.

### Additional Children's Term Life Insurance Rider Benefits

### Purchasing a New Policy at Age 18

On an Eligible Child's eighteenth birthday, You may purchase a new policy on that child by request without evidence of insurability. We must receive the request before that child dies, and no later than 31 calendar days after that child's eighteenth birthday. The Effective Date of the new policy on that child will be the day after the end of the 31 calendar day period. If that child dies within the 31 calendar day period and before the new policy becomes effective, the benefit will be paid as though the new policy were effective.

### Conversion Option at Age 25

When the insurance on an Eligible Child terminates on the child's twenty-fifth birthday or on the Policy Anniversary, shown on page 3 of this policy under Benefit Period Ends, that child may convert the insurance to a new policy by request without evidence of insurability. We must receive the request before the child dies and no later than 31 calendar days after the insurance terminates. If the child dies within the 31 calendar day period and before the conversion becomes effective, the benefit will be paid as though the insurance had not terminated. The Effective Date of the new policy on the child will be the day after the end of the 31 calendar day period.

The new policy will be subject to the following conditions at the time of the purchase or conversion:

(1) It must be a plan that We make available for exercising this option.
(2) The amount of insurance can be no more than (5) five times the amount provided by this rider.
(3) The premium will be based on the child's attained age, sex, and standard class of risk then available.
(4) All limitations of this rider will be part of the new policy.
(5) The incontestability and limited death benefit provisions in the new policy will not extend beyond the time period specified for the new policy, but start on the Effective Date of this rider.

ICC17 17140                                                                                              20170801

## CHILDREN'S TERM LIFE INSURANCE BENEFIT RIDER - Continued

**Rider Termination**

This rider provides coverage until the Policy Anniversary, which is shown on page 3 of this policy under Benefit Period Ends. Coverage on this rider will end if:

(1)    this policy is terminated by surrender, lapse, or conversion; or
(2)    the Basic Plan is continued as paid-up insurance.

When the Basic Plan is continued as extended term insurance, this rider will continue as extended term insurance. The extended term insurance coverage will not exceed 90 calendar days. This period begins on the date the extended term insurance coverage starts, and will end on the earliest of:

(1)    the end of the 90 calendar day period;
(2)    the date this rider would otherwise terminate; or
(3)    the date the extended term period on the insured ends.

You may terminate this rider at any time by request. The termination takes effect on the later of:

(1)    the date We receive the request; or
(2)    any other date that You specify in Your request.

If the insured does not have any Eligible Children and does not anticipate having an Eligible Child in the future, You may terminate this rider by request.

We will revise pages 3 and 4 of this policy to show this change. Upon termination, if the rider is paid-up We will pay the Cash Value in one sum. Any premium paid for the payment period beyond the termination date, will be paid to You.

**Termination of Eligible Child**

Insurance on an Eligible Child terminates on the earliest of:

(1)    the date this rider terminates;
(2)    the date the child is age 25; or
(3)    the date the child is no longer the stepchild of the insured.

**Incontestability**

Except for nonpayment of premiums, We won't contest this rider after it has been in force during the lifetime of each Eligible Child for two (2) years from the Effective Date of this rider. Except for nonpayment of premiums, We won't contest any reinstatement of this rider after it has been in force during the lifetime of each Eligible Child for two (2) years from the Effective Date of the reinstatement. Any contest will be based on statements made in the Application that are material to the risk or the hazard assumed by Us.

**State Farm Life Insurance Company**

_Michael F. Tipsord_
President

_Lynne M. Yauell_
Secretary

RUSSELL - SFLIC - 020

**StateFarm**

**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Application Individual Life Insurance

**1** Select Application Type

- ⦿ New policy
- ○ Change to an existing policy/added benefits
- ○ Term conversion with increase in amount
- ○ Universal Life increase
- ○ Select Term re-entry

_____
Indicate the existing policy number(s)

**2** Personal Information - Proposed Insured 1

| | | |
|---|---|---|
| SMITH | DAVION | D |
| Last name | First name | Middle name |

6777 SOMMERALL DR APT 911
Address

| | | |
|---|---|---|
| HOUSTON | TX | 77084-6995 |
| City | State | ZIP Code |

Sex: ⦿ Male  ○ Female   Single
Marital status

Citizenship: ⦿ United States (including territories such as Puerto Rico and Guam)   ○ Canada   ○ Other

| | | | |
|---|---|---|---|
| 25 | 06/04/1996 | TX | 5 / 9 | 165 |
| Age | Date of birth (MM/DD/YYYY) | State of birth | Height (feet/inches) | Weight (lbs) |

| | | |
|---|---|---|
| 38721102 | TX | 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 |
| Driver's license number | State | SSN/ITIN |

| | |
|---|---|
| Student | |
| Occupation | Employer |

Annual household income:   ○ 0 - $25,000   ⦿ $25,001 - $50,000   ○ $50,001 - $100,000   ○ $100,001 or more

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?   ○ Yes   ○ No   _If yes, please describe your exact duties:_

| Doc type | **01.01** | |
|---|---|---|

RUSSELL - SFLIC - 021

**StateFarm**

**3** Personal Information - Proposed Insured 2/Additional Insured/Payor

Last name _____ First name _____ Middle name _____

Address _____

City _____ State _____ ZIP Code _____

Sex: ○ Male  ○ Female _____
                        Marital status

If married, is Proposed Insured 2 married to Proposed Insured 1? (not applicable if Payor)          ○ Yes  ○ No

Citizenship:     ○ United States (including territories such as Puerto Rico and Guam)          ○ Canada     ○ Other

_____ _____ _____ _____/_____ _____
Age    Date of birth (MM/DD/YYYY)     State of birth                  Height (feet/inches)   Weight (lbs)

_____ _____ _____
Driver's license number              State                           SSN/ITIN

_____ _____
Occupation                                            Employer

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?     ○ Yes  ○ No     *If yes, please describe your exact duties:*

**4** Add Applicant/Owner Information

**APPLICANT/OWNER**

Complete this section if the Owner is not the Proposed Insured 1 named in Section 2.

RUSSELL                              KIMBERLY
Last name _____ First name _____ Middle name _____

6777 SOMMERALL DR APT 911
Address _____

HOUSTON                                                         TX              77084-6995
City _____ State _____ ZIP Code _____

Citizenship:     ● United States (including territories such as Puerto Rico and Guam)          ○ Canada     ○ Other

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                          06/18/1979                   MOTHER
SSN/ITIN/TIN                         Date of birth (MM/DD/YYYY)   Relationship to Proposed Insured 1

ICC18 1004522                    LF-4121-9372                    1006730 2003 144512 203 09-05-2018

**≈ StateFarm**

_____

**SUCCESSOR OWNER**

Complete this section unless Applicant/Owner is a trust or corporation. A Successor Owner is recommended for juvenile applications.

_____

Last name                                                    First name                                                    Middle initial

_____        _____

SSN/ITIN/TIN                                                Date of birth (MM/DD/YYYY)

**5** Proposed Insured Under Age 16

**a.** Do you want Proposed Insured 1 to become Owner of policy at, and after, age 21?    ○ Yes  ○ No

**b.** Please indicate total amount of life insurance on:    Parent/Guardian 1  $ _____    ☐ Select if none

Parent/Guardian 2  $ _____    ☐ Select if none

**6** Select Coverages and Policy Provisions

Complete appropriate section based on product selection.

◉  Term Life and Whole Life
○  Universal Life/Joint Universal Life/Survivorship Universal Life

**a.**  **Term Life and Whole Life**

**i.**  Policy and Amount

Basic Policy Type:

| | | |
|---|---|---|
| ○ Select Term-10 | ○ Return of Premium Term-20 | ○ 10 Pay Whole Life |
| ○ Select Term-20 | ○ Return of Premium Term-30 | ○ 15 Pay Whole Life |
| ◉ Select Term-30 | ○ Whole Life | ○ 20 Pay Whole Life |
| | | ○ Single Premium Whole Life |

$ 100,000
_____
Amount applied for

**ii.**  Riders/Benefits

Waiver of Premium (Proposed Insured 1 only):    ○ Yes  ◉ No

☐  Guaranteed Insurability Option:  $ _____

☒  Children's Term Rider:  20  units
     _CTR unit = $1,000, minimum is 5 units, maximum is 20 units_

☐  Payor (Please complete information for Proposed Insured 2)

|  | **Proposed Insured 1** | **Proposed Insured 2** |
|---|---|---|
| ☐ Select Term-10 | $ _____ | $ _____ |
| ☐ Select Term-20 | $ _____ | $ _____ |
| ☐ Select Term-30 | $ _____ | $ _____ |

**iii.**  Premium Amount and Mode of Premium Payment

Amount of premium submitted with application:  $ 30.71 _____

Mode of premium payment:  Special Monthly _____

ICC18 1004522                                LF-4121-9372                                1006730  2003  144512  203  09-05-2018

**StateFarm**

iv. Dividend Options

Dividends are not guaranteed. *Please select a dividend option from the list provided. If the selected option is unavailable, the policy provisions will determine the option.*

○ Accumulation      ○ Cash      ○ Paid-up Additions (not available on Term Life)      ○ Reduce Premium

v. Automatic Premium Loan (APL)

*Automatic Premium Loan (APL) is a policy provision, available for some policy types, that a policyowner may elect. If any premium remains unpaid at the end of the Policy's grace period, a loan against the cash value is automatically made to pay the unpaid premium.* Do you want the APL provision to apply, if available?    ○ Yes ○ No

---

**7** Designate Your Beneficiaries

If additional beneficiary fields are needed, please include in Explanations, Section 17.

**a. Proposed Insured 1**

**Primary Beneficiary(ies)**

*If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:    ⊙ Yes ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☒ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY) (optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| Kimberly, Russell | | | Parent | | Equally |
| Jah'reem, K, Barideaux | | | Child | | Equally |
| | | | | | |

\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.

☐ **Organization**  *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,

ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate**   *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**  *(enter Beneficiary Allocation):* _____ %

**StateFarm**

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries,* allocate equally to all successor beneficiaries:    ○ Yes   ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☐   **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐   **Organization**   *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐   **Estate**   *(enter Beneficiary Allocation):* _____ %

☐   **Beneficiary Class/Trust**   *(enter Beneficiary Allocation):* _____ %

**b.**   **Proposed Insured 2**

**Primary Beneficiary(ies)**

*If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:   ○ Yes   ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

RUSSELL - SF 000425

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY) (optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization**  *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**  *(enter Beneficiary Allocation):* _____ %

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries,* allocate equally to all successor beneficiaries:   ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY) (optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

RUSSELL - SFLAC - 026

**≈ StateFarm**

_____

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate** *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

**8** Children's Term Rider

Coverage does not begin until a child is 15 days old.

Do you have any children (including stepchildren or legally adopted children) under 18 years old?    ⦿ Yes ○ No

List children under age 18, if any.  For relationship to Proposed Insured (PI), please indicate Child, Stepchild or Legally Adopted Child.

| Name (First name, Middle initial, Last name) | Sex | Relationship to PI 1 | Relationship to PI 2 (Joint Universal Life only) | Date of birth *(MM/DD/YYYY)* | Amount of life insurance on child* |
|---|---|---|---|---|---|
| Jah'reem Barideaux | ⦿ Male<br>○ Female | CHILD | | 05/30/2017 | $ 20000 |
| | ○ Male<br>○ Female | | | | $ |
| | ○ Male<br>○ Female | | | | $ |
| | ○ Male<br>○ Female | | | | $ |

*Excludes the amount being applied for and group insurance.*

*If additional space is needed for children's names, please include in Explanations, Section 17.*

**9** Children's Term Rider/Juvenile Medical Information

**a.** In the last **10 years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8, been diagnosed, treated or given advice by a member of the medical profession for any of the following? *(select all that apply):*

☐ Anemia              ☐ Cancer              ☐ Impairment of sight,      ☐ Leukemia
☐ Asthma              ☐ Diabetes                hearing or speech         ☐ Mental Disorder
☐ Birth Defect        ☐ Heart Murmur        ☐ Kidney Disease            ☐ Seizure

☒ **None of the above**

*If any are selected, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**b.** Has Proposed Insured 1, or any children named in Children's Term Rider Section 8, ever tested positive for or been diagnosed by a member of the medical profession with:

• Human Immunodeficiency Virus (HIV)                              ○ Yes ⦿ No

• Acquired Immune Deficiency Syndrome (AIDS)                      ○ Yes ⦿ No

*If any are selected "yes," please provide a detailed explanation in the space provided in Explanations, Section 17.*

**RUSSELL - SF 027**

**State Farm**

c.  In the last **three (3) years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8,     ○ Yes  ◉ No
seen a member of the medical profession for any reason not previously explained (excluding routine physical
examinations with normal findings)?

*If yes, please provide a detailed explanation in the space provided in Explanations, Section 17.*

## 10  Other - Life Insurance or Annuities

### In Force Coverage
*These questions should be completed by Proposed Insured(s).*

a.  What is the total amount of life insurance in force from all companies (excluding group insurance)?

Proposed Insured 1 $ _0 - 250,000_____     Proposed Insured 2 $ _____

### Replacement of Life Insurance or Annuities
*If Proposed Insured 1 will not be the Owner, these questions should be completed by the Applicant/Owner.*

b.  Do you own any life insurance or annuities on yourself or others?     ◉ Yes  ○ No

• If yes, is the policy being applied for a replacement of any of those policies:

• Are you considering discontinuing making premium payments, surrendering, forfeiting,     ○ Yes  ◉ No
assigning to the insurer, or otherwise terminating your existing policy or contract?

• Are you considering using funds from your existing policies or contracts to pay premiums due     ○ Yes  ◉ No
on the new policy or contract?

### Other Transactions
*All states except OH: These questions should be completed by the Applicant/Owner when Proposed Insured(s) is age 50 or over,
and face amount of policy is $500,000 or greater.*

*OH: These questions should be completed by the Applicant/Owner when the Proposed Insured is age 16 or older. If you answer
"yes" to any of these questions, please provide a detailed explanation in the space provided in Explanations, Section 17.*

c.  Have you entered into, or are you considering plans to enter into, any agreement to sell, transfer, or assign     ○ Yes  ○ No
any ownership or rights to this policy or its benefits?

d.  Have you received or do you anticipate receiving any type of inducement, fee, or compensation as an     ○ Yes  ○ No
incentive to purchase the policy you are applying for?

**Sections 11 through 15 are required for all applications when Proposed Insured is age 16 or older.  Provide a detailed
explanation for all "Yes" answers in Explanations, Section 17.**

## 11  Additional Insurance Information

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| a.  Have you ever had an application for life insurance declined or postponed? | ○ Yes  ◉ No | ○ Yes  ○ No |
| b.  In the last **three (3) years**, have you claimed or received any disability benefits because of injury or sickness? | ○ Yes  ◉ No | ○ Yes  ○ No |

## 12  Medical Information

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| a.  Have you ever tested positive for or been diagnosed by a member of the medical profession with: |  |  |
| • Human Immunodeficiency Virus (HIV) | ○ Yes  ◉ No | ○ Yes  ○ No |
| • Acquired Immune Deficiency Syndrome (AIDS) | ○ Yes  ◉ No | ○ Yes  ○ No |

ICC18 1004522                              LF-4121-9372                          1006730  2003  144512  203  09-05-2018

**RUSSELL - SF000 028**

**StateFarm**

---

**b.** In the last **three (3) years**, have you been treated, diagnosed, or advised by a member of the medical profession as follows? *(If yes, select all that apply.)*    ○ Yes ⦿ No    ○ Yes ○ No

- Hospitalized or surgically treated for chest pain or any disorder of the heart?    ☐    ☐
- Hospitalized or surgically treated for stroke or mini-stroke (transient ischemic attack/TIA)?    ☐    ☐
- Diagnosed with, or are you currently being treated for, cancer or tumor or mass (excluding basal cell and squamous cell cancer of the skin)?    ☐    ☐
- Diagnosed with any kidney disorder that requires current dialysis treatment?    ☐    ☐
- Advised to have further evaluation or testing (except for HIV) to determine a diagnosis; or had surgery recommended that has not been performed?    ☐    ☐

## 13 Criminal Charges and Convictions

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|

**a.** In the last **three (3) years**, have you been involved in any of the following? *(If yes, select all that apply.)*    ○ Yes ⦿ No    ○ Yes ○ No

- Convicted of or pleaded guilty to any felony?    ☐    ☐
- Charged with a crime (with charges pending at this time)?    ☐    ☐
- Placed on supervised release/parole or probation?    ☐    ☐
- Incarcerated or facing incarceration as the result of a guilty plea or conviction?    ☐    ☐

**b.** In the last **three (3) years**, have you been convicted of or pleaded guilty to driving under the influence of alcohol or drugs?    ○ Yes ⦿ No    ○ Yes ○ No

## 14 Lifestyle and Travel Information

**Travel Information**

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|

**a.** Are you **currently** residing or traveling in any country outside of the United States or Canada?    ○ Yes ⦿ No    ○ Yes ○ No

**b.** In the next **six (6) months,** do you plan to leave or travel from the United States or Canada?    ○ Yes ⦿ No    ○ Yes ○ No

**Lifestyle Information**

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|

**c.** In the last **three (3) years**, have you engaged in any of the following?
*(If yes, select all that apply.)*    ○ Yes ⦿ No    ○ Yes ○ No

- Aviation (other than as a passenger or commercial airline crew)    ☐    ☐
- Sky diving (more than 1 time), BASE jumping, hang gliding    ☐    ☐
- Mountain/rock climbing    ☐    ☐
- SCUBA diving to depths greater than 100 feet OR any specialty diving (including caves, ice, wrecks, etc.)    ☐    ☐
- Vehicle racing    ☐    ☐

ICC18 1004522    LF-4121-9372    1006730 2003 144512 203 09-05-2018

**RUSSELL - SF AC - 029**

**StateFarm**®

---

**15** Tobacco Use

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** Have you ever used tobacco or other nicotine products in any form (including e-cigarettes or vaping)? | ○ Yes ● No | ○ Yes ○ No |
| *If yes, please provide month/year last used:* | _____ / _____ <br> MM      YYYY | _____ / _____ <br> MM      YYYY |

---

**16** Additional Medical Information (If no medical exam is required)

*This section is required for all:*
- *New business applications when Proposed Insured is age 16 or older and no medical exam is required.*
- *Change of plan applications when the Proposed Insured is age 16 or older.*

*Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.*

|  | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** In the last **10 years**, have you been diagnosed, treated, or been given advice by a member of the medical profession for any of the conditions listed below? *(If yes, select all that apply.)* | ○ Yes ○ No | ○ Yes ○ No |
| • Attention Deficit Disorder (ADD)/Attention Deficit Hyperactivity Disorder (ADHD) | ☐ | ☐ |
| • Asthma | ☐ | ☐ |
| • Blood Disorder | ☐ | ☐ |
| • Cancer or Tumor or Mass | ☐ | ☐ |
| • Chronic Obstructive Pulmonary Disease (COPD)/Emphysema | ☐ | ☐ |
| • Diabetes | ☐ | ☐ |
| • Heart Disease or Disorder | ☐ | ☐ |
| • High Blood Pressure | ☐ | ☐ |
| • Intestinal Disorder | ☐ | ☐ |
| • Liver Disorder | ☐ | ☐ |
| • Mental/Nervous Disorder | ☐ | ☐ |
| • Organ Transplant (other than cornea transplant) | ☐ | ☐ |
| • Sleep Apnea | ☐ | ☐ |
| **b.** In the last **five (5) years**, have you for any reason not previously explained: | | |
| • Seen a doctor or any member of the medical profession, or been treated at a hospital or other medical facility (*excluding seasonal illnesses such as colds, flu, bronchitis and allergies such as hay fever*)? | ○ Yes ○ No | ○ Yes ○ No |
| • Had medication prescribed other than medications for cold, flu, seasonal allergies or birth control? | ○ Yes ○ No | ○ Yes ○ No |
| **c.** Have you, in the last **three (3) years**, used marijuana in any form? | ○ Yes ○ No | ○ Yes ○ No |

---

ICC18 1004522                    LF-4121-9372                    1006730  2003  144512  203  09-05-2018

**RUSSELL - SFLA - 030**

**StateFarm®**

**d.** In the last **10 years**, have you:

- Used cocaine, heroin, methamphetamine, or any other controlled substance or narcotic not prescribed by a member of the medical profession?  ○ Yes ○ No | ○ Yes ○ No

- Had medical treatment or counseling for use of alcohol or prescribed or non-prescribed drugs?  ○ Yes ○ No | ○ Yes ○ No

- Been advised by a member of the medical profession to discontinue use of alcohol or prescribed or non-prescribed drugs?  ○ Yes ○ No | ○ Yes ○ No

## 17 Explanations

*If you need more space, please attach additional pages, which will become part of this application. Please note that these must be signed and dated by the Proposed Insured(s) and/or Applicant, and witnessed by Agent.*

```
I have agreed to complete the life insurance application and supporting forms using
electronic documents.
DAVION D'ANGELO SMITH - Tobacco Use; In the last three (3) years, have you used
tobacco or other nicotine products in any form? no
Owner type: INDIVIDUAL
Owner Relationship to Proposed Insured 1: MOTHER
Is there a successor owner? No

DAVION D'ANGELO SMITH Primary Beneficiary Name:  Kimberly, Russell
; Per Stirpes:No
DAVION D'ANGELO SMITH Primary Beneficiary Name:  Jah'reem, K, Barideaux
; Per Stirpes:No
```

ICC18 1004522     LF-4121-9372     1006730  2003  144512  203  09-05-2018



## 18 Agreements

Coverage will be effective as of the Policy Date if the following conditions are met: the first premium is paid when this policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

For changes in Basic Amount for a Universal Life Policy or Joint Universal Life, the change will be effective on the Deduction Date on or next following acceptance of the change by the Company if on such Deduction Date the following conditions are met: there is enough Cash Surrender Value to make the required monthly deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

However, if a Binding Receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this Application and any medical history is true and complete to the best of their knowledge and belief. Information is not true and complete to the best of their knowledge and belief if it misrepresents or omits a fact which a Proposed Insured or the Applicant knew or should have known, regardless whether the misrepresentation or omission was intentional. It is agreed that the Company can investigate the truth and completeness of such information while this policy is contestable.

By accepting this Policy, the Owner agrees to the beneficiaries named and corrections made. No change in plan, amount, benefits, or age at issue may be made on the Application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this Application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

NOTICE: Insurance laws may prohibit the owner of a life insurance policy from entering into any agreement to sell, transfer or assign a life insurance policy prior to the date the policy was issued, or within a period of time specified by state law after the date the policy was issued. The Owner should consult with legal advisors for any questions about these matters.

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

IMPORTANT INFORMATION ABOUT PROCEDURES WHEN APPLYING FOR A NEW LIFE INSURANCE POLICY: To help the government fight the funding of terrorism and money laundering activities, State Farm will obtain, verify, and record information that identifies each Proposed Insured(s) and Applicant(s) identified on the application. What this means for you. We will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

ICC18 1004522                                    LF-4121-9372                          1006730  2003  144512  203  09-05-2018

**RUSSELL - SFLAX. 032**



> **Taxpayer Identification Number (TIN) Certification – Substitute W-9**
>
> I certify under penalties of perjury that:
>
> (1) The TIN shown above is correct, and
>
> (2) I am a U.S. citizen or other U.S. person (defined below), and
>
> (3) Backup Withholding:
>
>     ⊙ I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding or I am exempt from backup withholding.
>
>     ◯ I am subject to backup withholding.
>
> (4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which this form has been requested because I hold or otherwise maintain the account(s) in the United States.
>
> Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
> - An individual who is a U.S. citizen or U.S. resident alien,
> - A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
> - An estate (other than a foreign estate), or
> - A domestic trust (as defined in Regulations section 301.7701-7).

**For instructions on how to complete the form, visit the IRS website at www.irs.gov or contact your local IRS office. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

_Davica S_

_____     01-07-2022       [ SIGNATURE ]
Proposed Insured 1 signature (Signature not required for juvenile application)     Date (MM/DD/YYYY)

_____     _____     [ SIGNATURE ]
Proposed Insured 2 signature     Date (MM/DD/YYYY)

_Kimberly R_

_____     01-07-2022       [ SIGNATURE ]
Applicant signature     Date (MM/DD/YYYY)

_Applicant's signature is not required unless Applicant is other than Proposed Insured 1. If a firm or corporation is to be the policyowner, please provide company name and signature of an authorized officer._

_Jove C_

_____     01/07/2022       [ SIGNATURE ]
Agent/Licensed Insurance Producer signature     Date (MM/DD/YYYY)

At Houston                                             TX
_____     _____
City     State

Page 13 of 13



**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Individual Life Insurance Application Supplement

## 1   YOUR INFORMATION (PROPOSED INSURED)

SMITH, DAVION D

| | | |
|---|---|---|
| Last name | First name | Middle name |

06/04/1996 _____ 41219372 _____
Date of birth (MM/DD/YYYY)            Application number(s)

## 2   MEDICAL INFORMATION

*Please check all that apply and provide explanations in the space provided at the end of this document, including diagnoses, dates, durations, and names and addresses of all physicians and medical facilities. If needed, use additional sheets.*

In the last **10 years**, have you been diagnosed, treated, or been given advice by a member of the medical profession for any of the conditions listed below?

- ☐ ADD/ADHD
- ☐ Amputation
- ☐ Asthma
- ☐ Autism/Autism Spectrum disorder
- ☐ Back disorder
- ☐ Blood disorder
- ☐ Blood vessel disorder
- ☐ Brain disorder
- ☐ Cancer/Tumor/Mass
- ☐ Chest pain
- ☐ Chronic pain
- ☐ Cognitive impairment
- ☐ Connective tissue disease
- ☐ COPD/Emphysema
- ☐ Diabetes

- ☐ Esophageal disorder
- ☐ Headaches (frequent or severe)
- ☐ Heart attack
- ☐ Heart disorder
- ☐ Hepatitis
- ☐ High blood pressure
- ☐ Human Immunodeficiency Virus (HIV) or Acquired Immune Deficiency Syndrome (AIDS)
- ☐ Immune disorder (Excluding HIV or AIDS)
- ☐ Intellectual development disorder
- ☐ Intestinal disorder

- ☐ Kidney disorder
- ☐ Liver disorder
- ☐ Joint disorder
- ☐ Lupus
- ☒ Mental health disorder (such as depression or anxiety)
- ☐ Neck disorder
- ☐ Nerve disorder
- ☐ Organ transplant (other than cornea transplant)
- ☐ Paralysis
- ☐ Pneumonia
- ☐ Seizures
- ☐ Sleep Apnea
- ☐ Spinal cord disorder
- ☐ Stomach disorder
- ☐ Stroke

☐ **None of the above**

**Doc type**
**77**

C1: 43092236
F: 25LP41219372SMI0100122007

*Individual Life Insurance Application Supplement, Page 2 of 3*



**3    INFORMATION ON ALCOHOL AND CONTROLLED SUBSTANCE USE**

a.   Have you consumed alcoholic beverages in the last **12 months**?                                             ○ Yes ⊗ No

      If No: Have you consumed alcoholic beverages at any time in the past five (5) years?                        ○ Yes ⊗ No

b.   Have you, in the last **three (3) years**, used marijuana in any form?                                        ○ Yes ⊗ No

      Have you in the last **10 years**:

c.   Used cocaine, heroin, methamphetamine, or any other controlled substance or narcotic not                    ○ Yes ⊗ No
      prescribed by a member of the medical profession?

d.   Had medical treatment or counseling, or been advised by a member of the medical profession                  ○ Yes ⊗ No
      to have treatment or counseling, for use of alcohol or prescribed or non-prescribed drugs?

e.   Been advised by a member of the medical profession to discontinue use of alcohol or                         ○ Yes ⊗ No
      prescribed or non-prescribed drugs?

**4    ADDITIONAL MEDICAL INFORMATION**

      **Please answer question a. only if you are between the ages of 16 and 69:**
a.   How often do you exercise for 30 minutes or more per week? (*Please indicate in
      Explanations.*)

b.   In the last **12 months**, have you experienced any unexplained changes in weight?                          ○ Yes ⊗ No

      In the last **five (5) years**, have you **for any reason not previously explained**:

c.   Seen a physician or any member of the medical profession, had surgery, or been treated                      ○ Yes ⊗ No
      at a hospital or other medical facility, including emergency treatment?

d.   Had medication prescribed other than medications for cold, flu, seasonal allergies or birth                 ○ Yes ⊗ No
      control?

e.   Have you ever used tobacco or other nicotine products in any form (including e-cigarettes or                ○ Yes ⊗ No
      vaping)?

      **Please answer the following only if you are between the ages of 18 and 65:**
f.   Has your father, mother, or any brother or sister been diagnosed or treated by a member of                  ○ Yes ⊗ No
      the medical profession for cancer, coronary artery disease or heart attack before age 60?                  ○ Unknown

      **Please answer the following only if you are a female between the ages of 15 and 50:**
g.   To the best of your knowledge and belief, are you now pregnant?                                              ○ Yes ○ No

h.   Have you delivered a child within the last **six (6) months**?                                               ○ Yes ○ No

**5    PHYSICIAN INFORMATION**

a.   Who is your physician for routine care or illness? *(Please indicate in Explanations.)*             **NONE**

b.   Do you have a scheduled appointment with a medical professional in the next                                 ○ Yes ⊗ No
      90 days? (If Yes, please explain).

*Individual Life Insurance Application Supplement, Page 3 of 3*

**StateFarm**

**6    EXPLANATIONS**

*If you need more space, please attach, sign and date additional pages, which will become part of this application. Include your physician's street address, city and phone number in this section.*

I state that all information in this Life Application Supplement and any additional sheets is true and complete to the best of my knowledge and belief. This Life Application Supplement and any additional sheets will be part of the application.

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Voice signature on file.**                                                                 01/19/22
Proposed Insured signature                                                    Date (MM/DD/YYYY)

SIGNATURE

DAVION D'ANGELO SMITH

RUSSELL - SFLIC x 036

# Individual Life Insurance Application Supplement Additional Sheet



**State Farm Life Insurance Company**

1 State Farm Plaza
Bloomington, IL
61710-0001

YOUR INFORMATION (PROPOSED INSURED)

**SMITH, DAVION D**

| | | |
|---|---|---|
| Last Name | First Name | Middle Initial |

**6/4/1996**                    **41219372**

Date of Birth (mm/dd/yyyy)    Application Number(s)

6    **EXPLANATIONS (continued)**

| | |
|---|---|
| >>>>Mental Health | YES |
| | Depression;Anxiety |
| Date of Diagnosis | 01/1990 |
| Current Medication? | NO |
| Medication in Past? | YES |
| Medication | Focalin |
| Date Last Used Meds | 01/1990 |
| Medication not Taken? | NO |
| Symptoms Leading to Dx | can not remember since was a kid |
| Counseling/Therapy? | NO |
| Hospital Treatment? | NO |
| Missed Work/School? | NO |
| Attempt-Suicide/Injury | NO |
| Medical Provider | Doctor Information Unknown |
| Date of Last Visit | 01/1990 |
| >>>>4a Exercise | 2-3 times |

**Voice signature on file.**                    01/19/22

Proposed Insured Signature                    Date                    SIGNATURE

ICC13 1005398                                        1005401 145180 03-15-2013

**BASIC PLAN DESCRIPTION**

This Basic Plan is an indeterminate premium level term life insurance policy to age 95, which is convertible to the later of age 75 or the end of the fifth Policy Year. Insurance is payable when the insured dies. Premiums are payable for the term of insurance. The Basic Plan is eligible for annual dividends.

ICC18 17020                                                                                    20180301

# STATE FARM LIFE INSURANCE COMPANY

**How you're protected if your life or health insurance company fails**

The Texas Life and Health Insurance Guaranty Association protects you by paying your covered claims if your life or health insurance company is insolvent (can't pay its debts). **This notice summarizes your protections.**

The Association will pay your claims, with some exceptions required by law, if your company is licensed in Texas and a court has declared it insolvent. You must live in Texas when your company fails. If you don't live in Texas, you may still have some protections.

**For each insolvent company, the Association will pay a person's claims only up to these dollar limits set by law:**

- **Accident, accident and health, or health insurance (including HMOs):**
    - Up to $500,000 for health benefit plans, with some exceptions.
    - Up to $300,000 for disability income benefits.
    - Up to $300,000 for long-term care insurance benefits.
    - Up to $200,000 for all other types of health insurance.
- **Life insurance:**
    - Up to $100,000 in net cash surrender or withdrawal value.
    - Up to $300,000 in death benefits.
- **Individual annuities:** Up to $250,000 in the present value of benefits, including cash surrender and net cash withdrawal values.
- **Other policy types:** Limits for group policies, retirement plans and structured settlement annuities are in Chapter 463 of the Texas Insurance Code.
- **Individual aggregate limit:** Up to $300,000 per person, regardless of the number of policies or contracts. A limit of $500,000 may apply for people with health benefit plans.
- **Parts of some policies might not be protected:** For example, there is no protection for parts of a policy or contract that the insurance company doesn't guarantee, such as some additions to the value of variable life or annuity policies.

| To learn more about the Association and your protections, contact: | For questions about insurance, contact: |
|---|---|
| **Texas Life and Health Insurance Guaranty Association** | **Texas Department of Insurance** |
| 1717 West 6 Street, Suite 230 | P.O. Box 12030 |
| Austin, Texas 78703-4776 | Austin, Texas 78711 |
| 1-800-982-6362 or www.txlifega.org | 1-800-252-3439 or www.tdi.texas.gov |

**Note:** You're receiving this notice because Texas law requires your insurance company to send you a summary of your protections under the Texas Life and Health Insurance Guaranty Association Act (Insurance Code, Chapter 463). **There may be other exceptions that aren't included in this notice.** When choosing an insurance company, you should not rely on the Association's coverage. Texas law prohibits companies and agents from using the Association as an inducement to buy insurance or HMO coverage.

Chapter 463 controls if there are differences between the law and this summary.

# Exhibit 16

# FAX COVER SHEET

**To:** 17403644576

**From:** Craig Baker
<craigbaker@directorsfunding.com>

**Company:**

**Date:** 06/03/2022 10:41

**Fax Number:** 17403644576

**Pages (Including cover):** 9

**Re:** Policy Verification - Davion D. Smith

**Notes:**

Life Claims

I have attached assignments for the Davion D. Smith assignment.  Please verify benefits.

Thanks

Craig Baker

Directors Funding Source

10603 Holly Springs

Houston, Texas 77042

713-816-1974

craigbaker@directorsfunding.com

www.directorsfunding.com

**Directors' Funding Source**
**10603 Holly Springs**
**Houston, Texas 77042**

**1-866-277-4212 Toll free**
**1-713-481-0280 Fax**
**directorsfundingsource@comcast.net**

June 3, 2022

Claims Department

RE:  Davion D. Smith – LF-4121-9372

Please verify coverage for the above captioned policyholder.  I have attached the
assignments for your review.

Regards

Craig W. Baker
Directors' Funding Source
10603 Holly Springs
Houston, Texas 77042
1-866-277-4212
713-583-1300 Fax
directorsfundingsource@comcast.net

82cT2215402385WPSFPFHX Received 6/3/2022 10:41:54 AM [Central Daylight Time]

**Directors' Funding Source**                    **1-866-277-4212 Toll free**
**10603 Holly Springs**                               **1-713-481-0280 Fax**
**Houston, Texas 77042**                    **directorsfundingsource@comcast.net**

# Benefits Verification

FMF3446

**Policy #** RE: <u>Davion D. Smith – LF-4121-9372</u>

Date if Birth <u>CONFIDENTIAL</u>       Date of Death ____<u>5/26/2022</u>____

Please answer the following questions:

Today's Date _____

Address on file _____
                        Street                               City           State    Zip
`       Face Value of Policy      _____

Name of Beneficiary      _____

Relationship of Beneficiary      _____

| | | |
|---|---|---|
| Contestable | Yes • No • | Date of Issue_____ |
| Policy in force | Yes • No • | |
| Loans | Yes • No • | How Much _____ |
| Premiums due | Yes • No • | How Much _____ |
| Reinstated | Yes • No • | When _____ |
| Previously Assigned | Yes • No • | |

Are there any other requirements needed for claim processing for this claim other than your standard claim form, assignment forms, Policy or lost policy afficavit, and death certificate?

For example: heirship affidavit, small estate affidavit, or death certificate of deceased beneficiaries?
Yes • No •

Claims Representative _____

Contact Phone Number _____

Other Information or Comments _____
_____
**Please fax back to 1-713-481-0280 with all other required forms**

Apx. 123

**Directors' Funding Source**
10603 Holly Springs
Houston, Texas 77042

1-866-277-4212 Toll free
1-713-481-0280 Fax
dfs@directorsfunding.com

# IRREVOCABLE REASSIGNMENT

Funeral Home **Frazier Mitchell Funeral Service** _ Funeral Director Rayford L. Mitchell, Sr.

Insurance Company State Farm Insurance ___ and its successors and assigns

Life Insurance Policy Number(s) LF-4121-9372

Reassignment Amount $ 14,213.00

FOR VALUE RECEIVED, the undersigned assigns, transfers, and conveys to DIRECTORS' FUNDING SOURCE, ("DFS") *its successors and assigns, all rights, title, and interest in the Irrevocable Assignment, and the insurance proceeds thereof.* The undersigned direct payment of same be made to DFS and ratify, confirm, and approve anything that DFS may do by virtue of the authority given herein. The undersigned irrevocably appoints DFS and its assigns, as its Attorney-in-Fact to act for it with full power to make collection of, settle, and take receipt of the applicable policy(ies)'s proceeds. The undersigned grants DFS and its assigns full authority to endorse checks with full substitution power. If any payment is made for the policies subsequent to the execution of this irrevocable Reassignment, such proceeds shall be delivered in the original form received to DFS. The Parties expressly consent and agree to personally submit to the jurisdiction of all levels of any and all State and Federal courts located in Harris County, the State of Texas, all matters and all litigation arising out of or relating to any dispute regarding this Irrevocable Reassignment. The undersigned agrees to bear all costs, expenses, and reasonable attorney's fees required to enforce all provisions and requirements of this Irrevocable Reassignment, including those incurred in an action brought against me/us on account of the provisions hereto. On demand, the undersigned promises to pay $ 14,213.00 ___ to the order of DFS with interest at the rate of 24% per annum, after this date until paid. This Irrevocable Reassignment shall be secured by granting DFS an interest to the maximum permitted by law in all of the following collateral, whether in existence as of the date that this assignment is executed, or acquired thereafter, and in all proceeds thereof, including, but not limited to, the following: all accounts, personal property, and fixtures (including but not limited to chattel paper, instruments, general intangibles, docments and goods in whch borrower has any interest).

If no payments are received by DFS within ninety (90) days of the reassignment, the undersigned does hereby guarantee to promptly pay DFS the entire amount of the reassigned benefits immediately upon demand. Nothing contained in this Reassignment shall be construed to impose any duty and/or obligation upon DFS to proceed against the insurance company, to initiate any proceeding,.or to give any notice to the undersigned before bringing suit, or exercising any right, or instituting proceedings against the undersigned. IN WITNESS WHEREOF, we have set our hands and seals this _____ day _____, 20_____.

_____**Frazier Mitchell Funeral Service**_____      X_____
*Name of Funeral Home*                                      *Funeral Director's Signature*

On 6 / 2 /2022 before me, Stephanie L. Gordon _____ a Notary Public, personally appeared R.L. Mitchell, Sr _____ funeral director(s) who acknowledge themselves to be the persons whose names are subscribed to the within instrument. IN WITNESS WHEREOF, I hereunto set my hand and official seal

X _Stephanie L. Gordon_____ NOTARY PUBLIC

Apx. 124

# Frazier-Mitchell Funeral Service, Inc.

*Caring, Compassionate and Considerate*

5002 Hershe Street  * Houston, TX. 77020

(713) 673-3672 phone    (713) 673-5333 fax

R.L. Mitchell, Sr. – Owner/FDIC

## INSURANCE PROCEEDS ASSIGNMENT

For value received and for the funeral services and burial or

disposition of the body of _Davion D'Angelo Smith_ (insured),

I, _Kimberly Russell_ hereby assign and transfer Frazier-Mitchell Funeral Service

the sum of _____ ($ _14,213.00_ )

or so much thereof as is available from the proceeds of policy number(s)

_LF-4121-9372_ of the _State Farm Life Insurance_ Company which may be

or is due to me as beneficiary, or by reason of some other qualification.   I hereby instruct and

authorize the _State Farm Life Insurance_ Company, to pay over to Frazier-Mitchell Funeral

Service the sum of _____ ($ _14,213.00_ )

which shall constitute a release and certificate by me for such assigned and paid proceeds.

_[signature]_

**Signed (Beneficiary)**

Social Security: CONFIDENTIAL        Address: _6777 Sommerall Dr. #911_

Date of _____                  City/State/Zip: _Houston, Tx 77084_

Phone: _____

STEPHANIE GORDON
My Notary ID # 051071396
Expires April 23, 2023

STATE OF **TEXAS**

COUNTY OF **HARRIS**

Personal appeared before me, _Stephanie L. Gordon_ a Notary Public in and for said **HARRIS COUNTY, TEXAS**, the above-mentioned _Kimberly Russell_, who, first being duly sworn, says that the above facts are true to the best of _____ knowledge and belief, and says that the execution of the above assignment is _____ voluntary act and deed, being under no restraint whatever.

Dated: _____                _[signature]_

Notary Public, State of Texas

CARING, COMPASSIONATE, CONSIDERATE                          Apx. 125

**Directors' Funding Source**                          1-866-277-4212 Toll free
10603 Holly Springs                                       1-713-481-0280 Fax
Houston, Texas 77042                                    dfs@directorsfunding.com

# IRREVOCABLE ASSIGNMENT

Beneficiary(s): Kimberly Russell          Insured  Davion D. Smith

Beneficiary Address 6777 Sommerall Drive #911 Houston, Texas 77084 Phone CONFIDENTIAL

Insurance Company State Farm Insurance          and its successors and assigns

Policy Number(s) LF-4121-9372          Amount  14,213.00

FOR VALUE RECEIVED, the undersigned affirms that they are legally entitled to policy benefits from the insurance provider via the policy listed above. The undersigned hereby irrevocably assigns and transfers to __Frazier Mitchell Funeral Service__ (hereinafter "FH") 10603 Holly Springs, Houston, Texas 77042, its successors and assigns the sum of $_14,213.00_ which is to be paid from the benefits including any refund of premiums, and interest. The consideration shall be the FH's rendering of funeral services of the above-named decedent, which have been ordered and accepted by me/us, and/or additional funds advanced to me/us for my/our personal benefit. The undersigned irrevocably authorizes and directs the insurance company listed above to transmit to the FH, or its assigns, any information that it may require regarding the above policy. The undersigned irrevocably authorizes the above-named insurance company to make payment of the sums not to exceed the amounts specified herein to the FH or its assigns. The undersigned irrevocably appoints the FH or its assigns as my/our Attorney-in-Fact to act for me/us with full power to make collection of, settle, and take receipt of any and all policy proceeds in my/our names with authority to endorse checks with full substitution and revocation power. The undersigned hereby confirms that my/our attorneys, may act or cause to be done by virtue of the authority and direction given herein. If any payment is made to me/us on the policies subsequent to this Assignment's execution, such proceeds shall be held separate from any other funds and shall be delivered as received to the FH or its Assigns. The Parties expressly consent and agree to personally submit to the jurisdiction of all levels of any and all State and Federal courts located in Harris County, the State of Texas, all matters and all litigation arising out of or relating to any dispute regarding this Irrevocable Assignment. The law of the State of Texas shall apply in any proceeding arising out of or related to any dispute involving this Assignment. I/we agree to pay all costs, expenses, and reasonable attorney's fees incurred in enforcing any of the covenants and provisions of this Assignment incurred in any action brought against me/us on account of its provisions. On demand, the undersigned promises to pay $_14,213.00_ to the order of FH or its Assigns with interest at the rate of 9% per annum, after this date until fully paid. I/We warrant, jointly and severally that I/We have not previously assigned any proceeds of the policy to any other persons(s) or entity(ies). I/We revoke any and all other prior assignments made by me/us of the proceedsof the above styled policy(ies). In the event that any payment is made to me/us for the above-styled policy(s) in excess of the amount assigned, the undersigned agrees that FH, and/or its successors and assigns, and/or anyone acting on their behalf, shall be entitled to same. The undersigned grants the FH, its successors, and assigns, full permission to obtain any information pursuant to HIPPA and/or the Freedom of Information Act that is requested in order to process all insurance claims.

IN WITNESS WHEREOF, WE HAVE HEREUNTO SET OUR HANDS AND SEALS THIS _____ DAY OF _____, 20____.

X _____          X _____
_Beneficiary's Signature & Relationship_          _Beneficiary's Signature & Relationship_

On _6/2 2022_ before me/ Stephanie L. Gordon _____ a Notary Public, personally appeared _Kimberly Russell (Kim Russell)_ beneficiary(ies) who acknowledge themselves to be the persons whose names are subscribed to the within instrument. IN WITNESS WHEREOF, I hereunto set my hand and official seal

X _____  NOTARY PUBLIC

STEPHANIE GORDON
My Notary ID # 051071396
Expires April 23, 2023

Apx. 126

# FRAZIER MITCHELL FUNERAL SERVICE, IN
### 5002 Hershe — Houston, Texas 77020
### (713) 673-3672, Fax (713) 673-5333

## FUNERAL PURCHASE AGREEMENT

Name of Deceased _David Smith_  Last Address _6777 Sonnenvill DR_  Date of Death _5-26-22_

Charge to _Kimberly Russell_  CONFIDENTIAL  _346 216 7447_  _6-11-22_

Buyer's Home Address _6777 Sonnenvill_  City _Haston_  State _TX_  Zip Code _77084_

Charges are only for those items that you have selected or that are required. If we are required by law or by cemetery or by crematory to use any items, we will explain the reasons in writing below. If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.

## PROFESSIONAL SERVICES SELECTED

### A. SERVICES OF FUNERAL DIRECTOR AND STAFF
$ 1900

### B. EMBALMING
$ 1075
Reason for embalming _____

### C. OTHER PREPARATION OF THE BODY
_Dressing_  $ 450
_____ $ ____
_____ $ ____
_____ $ ____

### D. USE OF FACILITIES, STAFF SERVICES AND EQUIPMENT
1. Viewing  per day  $ ____
2. Funeral  Service  $ 650
3. Memorial Service  $ ____
4. Graveside Service and equipment  $ ____
5. Refrigeration of unembalmed remains  $ ____

### E. TRANSPORTATION
1. Transfer of remains to funeral home  $ 450
2. Automotive Equipment
   A. Hearse  $ 400
   B. Hearse at other location  $ ____
   C. Family car  $ ____
   D. Limousine  $ 400
   E. Clergy car  $ ____
   F. Other Automotive Equipment  $ 275
   G. Addl. Mileage _____ @ _____ (per mile) $ ____

### TOTAL OF PROFESSIONAL SERVICES SELECTED
$ 3600

### F. MERCHANDISE
_Freedom Midnight_
1. Casket  $ 3695
2. Alternative Container  $ ____
3. Outer Burial Container  $ ____
4. Urn  $ ____
5. Stationery
   Acknowledgment Cards
   _____ @ $ _____ (per 25) $ 15.00
   Register Book (s)  $ 45
   Memory Folders / Prayer Cards  $ ____
6. Burial Clothing  $ ____
7. Other  $ ____

### TOTAL OF MERCHANDISE SELECTED
$ 3755

**Explanation of Certain Charges:** Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or

## G. SPECIAL SERVICES
1. Forwarding remains to another funeral home
$ ____
2. Receiving remains from another funeral home
$ ____
3. Immediate burial  $ ____
4. Direct cremations  $ ____
Additional charges for staff services and/or use of facilities  $ ____
Describe: _____
Cemetery or crematory requirements if any
_____

### TOTAL OF SPECIAL SERVICES SELECTED  $ ____

## H. CASH ADVANCES
☐ 1. Cemetery charges  $ 3500
☐ 2. Crematory charges  $ ____
☐ 3. Transportation _Ex H. H_  $ 400
☐ 4. Clergy honorarium  $ ____
☐ 5. Musicians honorarium _LIVE OAK_  $ 275
☐ 6. Flowers  $ ____
☐ 7. Obituaries  $ Thirty
☐ 8. Certified copies of death certificates
   Number of copies _4_  $ 33
☐ 9. Police Escort _3_  $ 50.00
☐ 10. Other  $ ____
We charge you for our service in obtaining those items marked with an ☒

### TOTAL OF CASH ADVANCES  $ 4858

## SUMMARY OF CHARGES
PROFESSIONAL SERVICES  $ 3600
MERCHANDISE SELECTED  $ 3755
SPECIAL SERVICES  $ ____
CASH ADVANCES  $ ____
TOTAL OF ALL CHARGES (Balance Due)  $ 4858

### METHOD OF PAYMENT:
Less:   ☐ Cash Received on Account  $ 14,213
☐ Sums consisting of my assignment to you of the proceeds of
_State Farm_
_(type of benefit assigned)_
which I am making this day in a separate instrument  $ ____

UNPAID BALANCE  $ ____

Apx. 127

**STATE OF TEXAS**     **CERTIFICATE OF DEATH**     **STATE FILE NUMBER**

*TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS UNIT*

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Before Marriage) | 2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|
| DAVION DANGELO SMITH | MAY 26, 2022 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR: Mo / Days | IF UNDER 1 DAY: Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | XX/XX/XXX | 25 | | | HOUSTON, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| XXX-XX-XXXX | ☐ Married   ☐ Widowed (and not remarried) ☐ Divorced (and not remarried)   ☒ Never Married   ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 6777 SOMMERALL DRIVE | 911 | HOUSTON |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| HARRIS | TEXAS | 77084 | ☒ Yes   ☐ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| DEWAIN P SMITH | KIMBERLY RUSSELL |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☒ Other (Specify) SCENE

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (if not institution, give street address) |
|---|---|---|
| HARRIS | HOUSTON, 77063 | 3941 FONDREN RD |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| KIMBERLY RUSSELL - MOTHER | 6777 SOMMERALL DRIVE # 911, HOUSTON, TX 77084 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Mausoleum ☐ Other (Specify) | RAYFORD L. MITCHELL SR, BY ELECTRONIC SIGNATURE - 5291 | ☒ Unknown Section / Block / Lot / Space |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| HOUSTON MEMORIAL GARDENS CEMETERY | PEARLAND, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| FRAZIER-MITCHELL FUNERAL SERVICE | 5002 HERSHE STREET, HOUSTON, TX 77020 |

**26. CERTIFIER (Check only one)**
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| PRAMOD GUMPENI, M.D. , BY ELECTRONIC SIGNATURE | | M8642 | 03:23 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| PRAMOD GUMPENI, M.D. 1861 OLD SPANISH TRAIL, HOUSTON, TX | ASST. MED. EXAM |

**33. PART 1. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.**

Approximate Interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death ---->
a. PENETRATING GUNSHOT WOUNDS OF NECK AND TORSO

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST
b. ___

Due to (or as a consequence of):

c. ___

Due to (or as a consequence of):

d. ___

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 34. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural ☐ Accident ☐ Suicide ☒ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☒ No ☐ Previously ☐ Probably ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| MAY 26, 2022 | 03:17 PM | ☐ Yes ☒ No | GAS STATION |

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| 3941 FONDREN RD, HOUSTON, TX 77063 | HARRIS |

41. DESCRIBE HOW INJURY OCCURRED

SHOT

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | **RUSSELL - SFLIC: 012** |

*WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195. 1995)*

*VS-112 REV 1/2006*

EDR NUMBER 000044445359765

82cT2215402391WPSFPFHX Received 6/3/2022 10:41:54 AM [Central Daylight Time]

## STATE FARM LIFE INSURANCE COMPANY
## HOME OFFICE, 1 STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710



|  |  |
|---|---|
| Insured | DAVION D'ANGELO SMITH (Male) |
| Age | 25 |
| Policy Number | LF-4121-9372 |
| Policy Date | January 7, 2022 |
| Basic Plan Amount | $100,000 |
| Total Initial Amount | $100,000 |

This policy is based on the information You provided in Your Application and payment of premiums to the Policy Anniversary shown under Premiums Payable on page 3 while the insured lives. The Basic Plan provides level term life insurance to the Policy Anniversary when the insured is age 95. State Farm Life Insurance Company will pay the proceeds to the Beneficiary after We receive due proof of the insured's death.

**Right to Examine this Policy**
This policy may be returned within 30 calendar days of its receipt for a refund of all premiums paid. However, if You indicated on the Application that this policy will replace another life insurance or annuity policy, You may have a longer period to return it, depending on the state law where this policy is delivered. You may return this policy to State Farm Life Insurance Company or one of Our agents. If returned, this policy will be void from the Policy Date.

**Please Read this Policy with Care**
This policy is a legal contract between You and State Farm Life Insurance Company. If You have questions about this policy, Your agent is available to help You. You can also contact Us at (855) 534-0228 or statefarm.com®.

*Michael F. Tipsord*
President

*Lynne M. Yauzell*
Secretary

---

| BASIC PLAN DESCRIPTION |
|---|
| This Basic Plan is an indeterminate premium level term life insurance policy to age 95, which is convertible to the later of age 75 or the end of the fifth Policy Year. Insurance is payable when the insured dies. Premiums are payable for the term of insurance. The Basic Plan is eligible for annual dividends. |

82cT2215402392WPSFPFHX Received 6/3/2022 10:41:54 AM [Central Daylight Time]

# Exhibit 17

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY RUSSELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-cv-02862** |
| | § | **JURY** |
| **STATE FARM LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| **Defendant.** | § | |

### AFFIDAVIT OF ARMANDO DE DIEGO

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before me, the undersigned notary, on this day personally appeared Armando De Diego, the affiant, a person whose identity is known to me. After I administered an oath to the affiant, he testified:

1.  My name is Armando De Diego. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

2.  I represent the Defendant in the above-entitled lawsuit.

3.  Attached to this Affidavit as Exhibits 1-16 are the policy application, criminal records, Life Insurance Claim form, letters exchanged between Plaintiff and Defendant, letters sent by Defendant to the minor beneficiary's guardian, and Notice from Directors' Funding Source on behalf of Frazier Mitchell Funeral Service. These documents were produced in response to Plaintiff's written discovery requests and in Defendant's Disclosure.

_____
ARMANDO DE DIEGO

SUBSCRIBED AND SWORN TO BEFORE ME on the 7th day of February, 2025, to certify which witness my hand and official seal.



CHRISTIE GARZA
Notary Public, State of Texas
Comm. Expires 01-28-2029
Notary ID 7772993

_____
Notary Public, State of Texas

# Exhibit 18

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY RUSSELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02862 |
| | § | |
| STATE FARM LIFE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

### I.  INTRODUCTION

Pending before the Court is the plaintiff's, Kimberly Russell ("Kimberly"), motion for summary judgment (Dkt. No. 12). The defendant, State Farm Life Insurance Company ("State Farm"), has filed a response to the plaintiff's motion (Dkt. No. 16).  After reviewing the motion, the pleadings, the record, and the applicable law, the Court determines that the plaintiff's motion should be **DENIED**.

### II.  FACTUAL BACKGROUND

On January 7, 2022, Davion D'Angelo Smith obtained a life insurance policy from State Farm Life Insurance Company. Following his passing on May 26, 2022, his mother and named beneficiary, Kimberly Russell, promptly filed a claim. In this suit, she alleges that State Farm engaged in prolonged delays and excessive documentation requests, beginning with a basic request on August 16, 2022. She also claims that despite her prompt compliance, State Farm repeatedly asked for additional or revised documents without clear justification. Over the next year, the

company allegedly sent multiple "still processing" notices without providing substantive updates or raising specific concerns about coverage.

On April 12, 2023, nearly a year after Smith's passing, State Farm requested records from the Texas Department of Pardons and Paroles and the Texas Department of Criminal Justice. Kimberly argues that she continued to cooperate, but the claim remained unpaid without a legitimate basis for denial. On June 3, 2024, Kimberly's counsel sent a demand letter highlighting State Farm's delays and requesting payment. The complaint alleges that State Farm has intentionally delayed payment by demanding unnecessary document requests, has failed to explain delays, and has been non-responsive.

## III.   STANDARD OF REVIEW

Rule 56 of the Federal Rules of Civil Procedure authorizes summary judgment against a party who fails to make a sufficient showing of the existence of an element essential to the party's case and on which that party bears the burden at trial. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986); *Little v. Liquid Air Corp.,* 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc). The movant bears the initial burden of "informing the Court of the basis of its motion" and identifying those portions of the record "which it believes demonstrate the absence of a genuine issue of material fact." *Celotex*, 477 U.S. at 323; *see also Martinez v. Schlumberger, Ltd.*, 338 F.3d 407, 411 (5th Cir. 2003). Summary judgment is appropriate where the pleadings, the discovery and disclosure materials on file, and any affidavits show that "there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

## IV.   ANALYSIS & DISCUSSION

Here, State Farm has clearly identified factual disputes. The application submitted by Kimberly Russell for Davion Smith's life insurance policy explicitly asked whether he had been

2 / 4

convicted of a felony or incarcerated in the past three years. Despite Smith's recent release from incarceration, just 17 days before the application date, both Russell and Smith falsely answered "No." State Farm contends that had it known of this incarceration, it would not have issued the policy. After Smith's death, State Farm requested documents from Russell, including authorization forms and criminal records from Harris County. Russell did not provide the records, instead responding that she did not possess them and instructed State Farm to retrieve them on its own. This conduct also raises a factual dispute over whether Russell failed to cooperate in the claims process, which is relevant to determining whether the claim was properly denied.

Under Texas Insurance Code § 705.051, a material misrepresentation in an insurance application can serve as a basis for denial of coverage if it affects the risk assumed by the insurer. Texas courts have held that misrepresentation about an applicant's criminal history and incarceration status are material when they impact underwriting decisions. *American National Insurance Co. v. Arce*, 672 S.W.3d 347 (Tex. 2023).

Given that both Russell and Smith signed the application affirming that the information was accurate, State Farm was decieved. Courts have found that when an insurer relies on false representations, it has grounds to void the policy. State Farm has provided an affidavit from its representative stating that knowledge of Smith's incarceration would have led to a denial of coverage. This uncontested evidence supports State Farm's argument that the misrepresentation was material.

Given the disputed issues of fact regarding (1) whether Russell properly disclosed Smith's criminal history and (2) whether she failed to provide requested records. Summary judgment in the plaintiff's behalf is inappropriate. Furthermore, State Farm's undisputed evidence

3 / 4

demonstrates that material misrepresentations was made by the plaintiff and that the policy is void.

Accordingly, Kimberly's motion for summary judgment is **DENIED**.

It is so **ORDERED**.

SIGNED on March 6, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge