IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY RUSSELL,** | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-02862 |
| | § | <u>JURY</u> |
| **STATE FARM LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
|     Defendant. | § | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS ATTORNEY OF RECORD AND REQUEST FOR EXTENSION TO RETAIN NEW COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

State Farm Life Insurance Company ("State Farm"), Defendant in the above-titled and numbered cause, files its Response to Plaintiff's Motion to Dismiss Attorney of Record and Request for Extension to Retain New Counsel, and in support thereof would respectfully show the Court the following:

**I.    PERTINENT FACTS**

On April 1, 2025, counsel for Defendant requested the deposition of Plaintiff. (Ex. 1, Apx. 002-003.) Also on April 1st, Plaintiff's counsel responded with a date for Plaintiff's deposition, pending confirmation from their client, Ms. Russell. (Ex. 2, Apx. 005.) Having received such confirmation, Defendant's counsel followed up with an email to Plaintiff's counsel on April 9, 2025, to confirm Plaintiff's deposition. (Ex. 3, Apx. 008.) On April 9, 2025, Defendant's counsel received

notice from Plaintiff's counsel that they were "preparing to file a motion to withdraw from this case at the client's request." (Exhibit 4, Apx. 012.)

On April 15, 24, and 28, 2025, Plaintiff's counsel communicated with Defendant's counsel to determine if Defendant was opposed to their motion to withdraw. (Ex. 5, Apx. 017.) On April 29, 2025, Defendant's counsel advised State Farm was not opposed to the motion, but again requested the deposition of Plaintiff be arranged prior to their withdrawal. (Ex. 6, Apx. 022.) Also on April 29, 2025, Plaintiff's counsel responded that they would "coordinate with Ms. Russell to arrange her deposition and provide you with available dates." (Ex. 7, Apx. 029.) Immediately thereafter, Plaintiff's counsel filed its unopposed Motion to Withdraw as Attorney on April 29, 2025. (Ex. 8, Apx. 033-037.)

Defendant's counsel followed up with Plaintiff's counsel on May 2, 2025, and Plaintiff's counsel responded they would "share the proposed dates to our client and let you know the proper date when our client gets back to us." (Ex. 9, Apx. 038.) On May 6, 2025, Plaintiff's counsel advised Defendant's counsel of "the ongoing difficulties we are experiencing with our client, Kimberly Russell. Despite our best efforts to maintain communication and prepare for upcoming proceedings, Ms. Russell has refused to cooperate with our office. Although our motion to withdraw as counsel has been filed, it has not yet been signed by the court. We have made multiple attempts to obtain necessary dates from Ms. Russell for scheduling deposition, but she has consistently refused to provide this information or otherwise cooperate with our representation." (Ex. 10, Apx. 043.)

With regard to Plaintiff's pro se request for an extension to retain new counsel, Plaintiff's exhibits to her own motion reveal that Plaintiff herself terminated the Dick Law Firm on April 1, 2025. (Ex. 11, Apx. 050.) In emails on April 7, 2025 and May 2, 2025, Plaintiff confirmed she was

terminating representation by the Dick Law Firm and she was "interviewing law firms to assist in this matter" and to "CEASE AND DESIST ALL COMMUNICATIONS." (Ex. 12, Apx. 052-053.)

Having received no further communications from Plaintiff's counsel regarding Ms. Russell's deposition, Defendant filed its Motion for Summary Judgment on June 27, 2025. Plaintiff's response to Defendant's Motion for Summary Judgment was due on or before July 18, 2025, and the motion is ripe for ruling. Given the Court's analysis and consideration of Plaintiff's Motion for Summary Judgment, and the opinion resulting therefrom, the Court's consideration of Defendant's Motion for Summary Judgment may dispose of the need to consider Plaintiff's Motion to Dismiss Attorney of Record and Request for Extension to Retain New Counsel.

WHEREFORE, PREMISES CONSIDERED, given Plaintiff's delay in obtaining new counsel when this issue first was raised in April of this year, Defendant requests the Court deny Plaintiff's Motion to Dismiss Attorney of Record and Request for Extension to Retain New Counsel.

    Respectfully submitted,

    **THE LAW OFFICE OF ARMANDO DE DIEGO, P.C.**

By:    /s/   Armando De Diego
    ARMANDO DE DIEGO
    State Bar No. 05635400
    Email: adediego@dediego.com

1201 Griffin St W
Dallas, Texas 75215-1030
Telephone:   (214) 426-1220
Facsimile:   (214) 426-1246

**ATTORNEY FOR DEFENDANT**

3

## CERTIFICATE OF SERVICE

      This is to certify that on this, the 10th day of September, 2025, a true and correct copy of the foregoing document has been personally served, as indicated below:

| | | |
|---|---|---|
| Mr. Joe Synoradzki | ✔ | Via Electronic Service |
| Mr. Eric B. Dick | _____ | Via Certified Mail, RRE |
| **DICK LAW FIRM, PLLC** | _____ | Via Facsimile |
| 3701 Brookwoods Drive | _____ | Via Regular Mail |
| Houston, Texas 77092 | | |

                                                /s/    Armando De Diego
                                          ARMANDO DE DIEGO